

**EXHIBIT**

C



**Caterpillar Financial Services Corporation**
2120 West End Ave
P.O. Box 340001
Nashville, TN 37203 - 0001
1-800-651-0567

## Payoff Quote

| | |
|---|---|
| **Contract Number:** | 001-0856344-000 |
| **Customer Name:** | GREENLEAF RESOURCES INC. |
| | PO BOX 390 |
| | MONAHANS, TX, 79756 |
| | USA |

This payoff is based on the assumption that all current open payments have not been made. This payoff is not final or binding until all monies to satisfy the debt are collected by us.

If you intend to remit payment beyond the payoff date, please add the per diem amount for each additional day.

| | |
|---|---|
| **Payoff Total:** | USD 157,041.08 |
| **Per Diem:** | USD 28.58 |
| **Good Through Date:** | September 07, 2017 |

**Payoff total includes all line items below:**

| | |
|---|---|
| **Sales Tax:** | USD 0.00 |
| **Late Charges:** | USD 843.03 |
| **Processing Fee:** | USD 275.00 |
| **Cat Insurance:** | USD 0.00 |
| **Maintenance and Repair:** | USD 0.00 |

| **Serial #** | **Model #** |
|---|---|
| ASW00404 | RM-500 |
| C5P00680 | CP56 |

**Pay By Wire**
Chase Manhattan Bank
New York, NY
ABA #021-000021
Attn: Caterpillar Financial Services Corporation
acct #910-2-469872

**Pay Online**
www.catfinancial.com > My Account

**Pay By Check**
CATERPILLAR FINANCIAL SERVICES CORPORATION
P.O. BOX 730681
DALLAS, TX 753730681
Contract # 001-0856344-000

**Please include your contract number on all remittances.**
Payoffs received via wire transfer are processed within two business days. Checks and online payments require five business days to process to ensure the funds have cleared before liens are released.

Thank you for your business. Please review important information below or review our Frequently Asked Questions at www.catfinancial.com/us/faq. Contact us at NABC.Payoffs@cat.com or 1-888-228-8811 for additional assistance.

The processing fee is included to cover the costs of early termination of the contract and the lien release. Upon clearing of funds, a lien release will be filed electronically with the appropriate jurisdiction, any necessary title releases will be requested, and paid in full documentation will be sent to the Customer listed above, unless we have an additional security interest in the equipment in connection with another transaction.

Prepared By: Kendall Ashby

Prepared On: August 28, 2017



**Caterpillar Financial Services Corporation**
**2120 West End Ave**
P.O. Box 340001
Nashville, TN 37203-0001
1-888-228-8811

## Payoff Quote

**Contract Number:**          001-0672381-000
**Customer Name:**           GREENLEAF RESOURCES INC.
                             P.O. BOX 390
                             MONAHANS, TX 79756

The below payoff is based on the assumption that the **August 09, 2017** payment has not been made. This payoff is not final or binding until all monies to satisfy the debt are collected by us.

If funds will be received after the Good Through Date, please add the Per Diem Amount for each additional day.

| | | |
|---|---|---|
| **Payoff Total:** | $28,416.05 | **Pay by Wire:** |
| **Per Diem:** | $0.09 | Chase Manhattan Bank |
| **Good Through Date:** | September 07, 2017 | NY, NY |
| | | ABA# 021-000021 |
| | | Caterpillar Financial Services Corp. |
| **Payoff total includes all the line items below:** | | Acct# 910-2-469872 |
| **Balance:** | $26,799.00 | |
| **Sales Tax:** | $0.00 | **Pay Online** |
| **Additional Tax:** | $0.00 | **www.catfinancial.com > My Account** |
| **Late Charges:** | $1,342.05 | |
| **Miscellaneous Charges:** | $0.00 | **Pay by Check** |
| **Processing Fee:** | $275.00 | Caterpillar Financial Services Corporation |
| **Over Payment:** | $0.00 | PO Box 730681 |
| | | Dallas, TX 75373 - 0681 |

| | |
|---|---|
| **Serial #** | **Model #** |
| PNW00924 | 324EL |

**Please include your contract number on all remittances.** Payoffs received via wire transfer are processed within two business days. Checks and online payments require five business days to process to ensure the funds have cleared before liens are released.

Thank you for your business. Please review important information below or review our Frequently Asked Questions at www.catfinancial.com/us/faq. Contact us at NABC.Payoffs@cat.com or 1-888-228-8811 for additional assistance.

The processing fee is included to cover the costs of early termination of the contract and the lien release. Upon clearing of funds, a lien release will be filed electronically with the appropriate jurisdiction, any necessary title releases will be requested, and paid in full documentation will be sent to the Customer listed above, unless we have an additional security interest in the equipment in connection with another transaction.

Prepared by: Lamar Allen                                                    Prepared on: August 28, 2017



**Caterpillar Financial Services Corporation**
2120 West End Ave
P.O. Box 340001
Nashville, TN 37203 - 0001
1-800-651-0567

## Payoff Quote

| | |
|---|---|
| **Contract Number:** | 001-0664938-000 |
| **Customer Name:** | GREENLEAF RESOURCES INC. |
| | P.O. BOX 390 |
| | MONAHANS, TX, 79756 |
| | USA |

This payoff is based on the assumption that all current open payments have not been made. This payoff is not final or binding until all monies to satisfy the debt are collected by us.

If you intend to remit payment beyond the payoff date, please add the per diem amount for each additional day.

| | |
|---|---|
| **Payoff Total:** | USD 76,774.36 |
| **Per Diem:** | USD 0.00 |
| **Good Through Date:** | September 07, 2017 |

**Payoff total includes all line items below:**

| | |
|---|---|
| **Sales Tax:** | USD 0.00 |
| **Late Charges:** | USD 5,884.55 |
| **Processing Fee:** | USD 275.00 |
| **Cat Insurance:** | USD 0.00 |
| **Maintenance and Repair:** | USD 0.00 |

| **Serial #** | **Model #** |
|---|---|
| RCW01165 | D6TXWVP |
| GMK00555 | D6TXL |
| M9D01052 | 140M2 |

**Pay By Wire**
Chase Manhattan Bank
New York, NY
ABA #021-000021
Attn: Caterpillar Financial Services Corporation
acct #910-2-469872

**Pay Online**
www.catfinancial.com > My Account

**Pay By Check**
CATERPILLAR FINANCIAL SERVICES CORPORATION
P.O. BOX 730681
DALLAS, TX 753730681
Contract # 001-0664938-000

**Please include your contract number on all remittances.**
Payoffs received via wire transfer are processed within two business days. Checks and online payments require five business days to process to ensure the funds have cleared before liens are released.

Thank you for your business. Please review important information below or review our Frequently Asked Questions at www.catfinancial.com/us/faq. Contact us at NABC.Payoffs@cat.com or 1-888-228-8811 for additional assistance.

The processing fee is included to cover the costs of early termination of the contract and the lien release. Upon clearing of funds, a lien release will be filed electronically with the appropriate jurisdiction, any necessary title releases will be requested, and paid in full documentation will be sent to the Customer listed above, unless we have an additional security interest in the equipment in connection with another transaction.

Prepared By: Kendall Ashby                                              Prepared On: August 28, 2017

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| John White | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. |
| Lloyd Gillespie | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Lloyd Gillespie

279 County Road 303, Nacogdoches, TX 75961, Nacogdoches County

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Ronald D. Stutes

Fairchild, Price, Haley, and Smith L.L.P
2341 Dueling Oaks, Suite 100,
Tyler, Texas 75703

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*                   .

   ☐ I personally served the summons on the individual at *(place)*

                               on *(date)*                   ; or

   ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

                             , a person of suitable age and discretion who resides there,

   on *(date)*                   , and mailed a copy to the individual's last known address; or

   ☐ I served the summons on *(name of individual)*                                          , who is

   designated by law to accept service of process on behalf of *(name of organization)*

                               on *(date)*                   ; or

   ☐ I returned the summons unexecuted because                                          ; or

   ☐ Other *(specify):*

My fees are $                for travel and $                for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:

                                      *Server's signature*

                                      *Printed name and title*

                                      *Server's address*

Additional information regarding attempted service, etc: