# UNITED STATES DISTRICT COURT
Eastern District of Texas

| | | |
|---|---|---|
| JOHN WHITE<br>**PLAINTIFF**<br><br>VS.<br><br>LLOYD GILLESPIE<br>**DEFENDANT** | § § § § § § § § § § § | CAUSE NO. 9:24-CV-00085 |

## SUMMONS IN A CIVIL ACTION
## RETURN OF SERVICE

This SUMMONS IN A CIVIL ACTION, COMPLAINT, EXHIBIT A, EXHIBIT B, EXHIBIT C for LLOYD GILLESPIE was received by me on Tuesday, May 7, 2024 at 11:01 AM.

I personally served the above-mentioned documents on LLOYD GILLESPIE AT 279 COUNTY ROAD 303, NACOGDOCHES, TX 75961 on Monday, May 13, 2024 at 6:21 PM.

I am over the age of eighteen, and am not a party to this case.

I declare under penalty of perjury that this information is true.

Monday, May 13, 2024

*Isaac Brayden Brucia*

Isaac Brayden Brucia
Process Server
1201 Louisiana St Ste 370
Houston, TX 77002


JOHN WHITE V. LLOYD GILLESPIE
DocID: P322225_1