UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| JOHN WHITE, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | CASE NO. 9:24-CV-00085-MJT |
| § | |
| LLOYD GILLESPIE, § | |
| § | |
| Defendant. § | |

**SUPPLEMENT TO DEFENDANT'S MEMORANDUM IN SUPPORT OF AND MOTION FOR LEAVE TO FILE AMENDED PLEADING**

This document is filed as a supplement to the Certificate of Conference on Defendant Lloyd Gillespie's Memorandum in Support of and Motion for Leave to File Amended Pleading which was filed July 3, 2024. On the afternoon of July 3, 2024, counsel for Defendant received an email from counsel for Plaintiff indicating counsel for Plaintiff is unopposed to the filing of Defendant's Second Amended Answer and Counterclaim.

Respectfully submitted,

STRIPLING, PEDERSEN & FLOYD
P.O. Drawer 630870
Nacogdoches, Texas 75963-0870
Phone (936) 564-0445
Fax (936) 569-1232
billpedersen@striplinglaw.com

By _____
Bill Pedersen, Jr.
State Bar No. 15715000
Attorney for Defendant Lloyd Gillespie

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on all counsel of record via electronic mail in accordance with the Federal Rules of Civil Procedure on July 3, 2024.

_____
Bill Pedersen, Jr.
Attorney for Defendant Lloyd Gillespie

## CERTIFICATE OF CONFERENCE

On July 3, 2024, Lance McCardle, attorney for the Plaintiff, emailed counsel for Defendant stating that he is unopposed to the filing of Defendant's Second Amended Answer and Counterclaim.

_____
Bill Pedersen, Jr.
Attorney for Defendant Lloyd Gillespie