IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOHN WHITE, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 9:24-CV-00085 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| LLOYD GILLESPIE, | § | |
| | § | |
| *Defendant.* | § | |

## ORDER GRANTING DEFENDANT'S
## MOTION FOR LEAVE TO FILE AMENDED PLEADING

Before the Court is Defendant's Memorandum in Support of and Motion for Leave to File Amended Pleading. [Dkt. 13]. Defendant is seeking to amend its First Amended Answer *and Counterclaim* [Dkt. 8] previously filed in this matter. After considering the Defendant's motion and reviewing the pleadings on file and all applicable law, the Court grants the same.

It is therefore **ORDERED** that Defendant's Memorandum in Support of and Motion for Leave to File Amended Pleading [Dkt. 13] is hereby **GRANTED**.  The Clerk is **INSTRUCTED** to accept Defendant's Second Amended Answer and Counterclaim [Dkt. 14] and make same a part of the record of this matter.

**SIGNED** this 8th day of July, 2024.

Michael J. Truncale
United States District Judge