UNITED STATES DISTRICT COURT
                   FOR THE EASTERN DISTRICT OF TEXAS
                            LUFKIN DIVISION

| | |
|---|---|
| JOHN WHITE, | ) ) ) ) |
| Plaintiff, | ) Case No. 9:24-CV-00085-MJT ) |
| v. | ) ) ) |
| LLOYD GILLESPIE | ) ) |
| Defendant. | |

## PROPOSED ORDER REGARDING PLAINTIFF'S
## MOTION TO DISMISS DEFENDANT'S COUNTERCLAIM

Considering the foregoing Motion to Dismiss Defendant's Counterclaim filed by Plaintiff,

**IT IS HEREBY ORDERED** that the Motion is GRANTED.

Dated: July ___, 2024

                                    _____
                                         United States District Judge