EXHIBIT B

170214579

**File Number:** 20172294063A
**Date Filed:** 5/25/2017 4:24:06 PM
C. Delbert Hosemann, Jr.
Secretary of State

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Paula Mayfield                               (504) 586-5247

B. EMAIL CONTACT AT FILER (optional)
pmayfield@fishmanhaygood.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Fishman Haygood LLP
201 St Charles Avenue Suite 4600
New Orleans, LA 70170

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME:

   1a. ORGANIZATION NAME: Greenleaf Resources, Inc.
   1c. MAILING ADDRESS: 3 ANDSBURY CT
   CITY: HATTIESBURG
   STATE: MS
   POSTAL CODE: 39402

2. DEBTOR'S NAME: (blank)

3. SECURED PARTY'S NAME:

   3b. INDIVIDUAL'S SURNAME: White
   FIRST PERSONAL NAME: John
   ADDITIONAL NAME(S)/INITIAL(S): F.
   SUFFIX: Jr.
   3c. MAILING ADDRESS: 812 GRAVIER ST, SUITE 360
   CITY: NEW ORLEANS
   STATE: LA
   POSTAL CODE: 70112

4. COLLATERAL: This financing statement covers the following collateral:
All Assets of Debtor, whether now owned or hereafter acquired.

8. OPTIONAL FILER REFERENCE DATA
1897-001

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1)(Rev 08/23/11)

EXHIBIT 2

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME: **Greenleaf Resources, Inc.**

9b. INDIVIDUAL'S SURNAME:
FIRST PERSONAL NAME:
ADDITIONAL NAME(S)/INITIAL(S):     SUFFIX:

File Number: 20172294063A
Date Filed: 5/25/2017 4:24:06 PM
C. Delbert Hosemann, Jr.
Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b only) one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact full name; do not omit, modify or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME:
10b. INDIVIDUAL'S SURNAME:
INDIVIDUAL'S FIRST PERSONAL NAME:
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S):     SUFFIX:
10c. MAILING ADDRESS:     CITY:     STATE:     POSTAL CODE:     COUNTRY:

11. ☑ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME: **421 Development, Ltd.**
11b. INDIVIDUAL'S SURNAME:     FIRST PERSONAL NAME:     ADDITIONAL NAME(S)/INITIAL(S):     SUFFIX:
11c. MAILING ADDRESS: **812 GRAVIER ST, SUITE 360**   CITY: **NEW ORLEANS**   STATE: **LA**   POSTAL CODE: **70112**   COUNTRY:

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

13. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT:
☐ covers timber to be cut   ☐ covers as-extracted collateral   ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

FILING OFFICE COPY - UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad)(Rev 04/20/11)

EXHIBIT 2