## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**File Number: 20120794591A**

**Date Filed: 8/20/2012 2:49:16 PM**

**C. Delbert Hosemann, Jr.**

**Secretary of State**

| A. NAME & PHONE OF CONTACT AT FILER [optional] |
|---|
| Gisella          Melendez |

| B. EMAIL CONTACT AT FILER [optional] |
|---|
| efiling@wolterskluwer.com |

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

```
CT Lien Solutions

P.O. Box 29071

Glendale          CA          91209-9071
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| GREENLEAF RESOURCES, INC. | | | | | |
| OR 1b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | | SECOND GIVEN NAME | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 313 TELLY RD. PMB16 | PICAYUNE | MS | 39466 | | USA |

1d. Check only if applicable and check only one box: ☐ Debtor is a Trust    ☐ Debtor is a Trustee acting with respect to property held in trust    ☐ Debtor is a Decedent's Estate

2. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | | SECOND GIVEN NAME | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

2d. Check only if applicable and check only one box: ☐ Debtor is a Trust    ☐ Debtor is a Trustee acting with respect to property held in trust    ☐ Debtor is a Decedent's Estate

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | | |
|---|---|---|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION | | | | | |
| OR 3b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | | SECOND GIVEN NAME | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 2120 WEST END AVE | NASHVILLE | TN | 37203 | | USA |

4. This FINANCING STATEMENT covers the following collateral:

ONE (1) CATERPILLAR 140H MOTOR GRADER S/N: APM01550And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof.

| 5a. Check only if applicable and check only one box: | | | 5b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction    ☐ Manufactured-Home Transaction | ☐ A Debtor is a TRANSMITTING UTILITY | | ☐ Agricultural Lien    ☐ Non-UCC Filing | |

| 6. ALTERNATIVE DESIGNATION. Check only if applicable and check only one box: | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER |
|---|---|---|---|---|

7. OPTIONAL FILER REFERENCE DATA

EXHIBIT 3

WHITE 000001

3128131

File Number: 20120039451
Date Filed: 10/11/2012 8:00:00 AM
C. Delbert Hosemann, Jr.
Secretary of State

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

**A. NAME & PHONE OF CONTACT AT FILER [optional]**
SUZETTE ANDERSON 318-256-7000

**B. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Sabine State Bank and Trust Co
P O Box 670
Many, LA 71449

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GREENLEAF RESOURCES, INC. | | | | |

OR

| 1b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 313 TELLY RD, PMB 16 | PICAYUNE | MS | 39466 | USA |

| 1d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 1e. TYPE OF ORGANIZATION Corporation | 1f. JURISDICTION OF ORGANIZATION LA | 1g. ORGANIZATIONAL ID #, if any ☒ NONE |
|---|---|---|---|---|

**2. ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| | | | | |

OR

| 2b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

| 2d. SEE INSTRUCTIONS | ADD'L INFO RE ORGANIZATION DEBTOR | 2e. TYPE OF ORGANIZATION | 2f. JURISDICTION OF ORGANIZATION | 2g. ORGANIZATIONAL ID #, if any ☐ NONE |
|---|---|---|---|---|

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Sabine State Bank & Trust Company | | | | |

OR

| 3b. INDIVIDUAL'S LAST NAME | FIRST NAME | MIDDLE NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P O Box 670, 297 Elizabeth Street | Many | LA | 71449 | USA |

**4. This FINANCING STATEMENT covers the following collateral:**

ONE CERTAIN MASTER SERVICE AGREEMENT BY AND BETWEEN HUNT OIL COMPANY, COMPANY AND GREENLEAF RESOURCES, INC., CONTRACTOR DATED JULY 19, 2012. SEE ATTACHED EXHIBITS A, B, C AND D BETWEEN COMPANY AND CONTRACTOR; All Monies, Contracts, Inventory, Chattel Paper, Accounts, Equipment and General Intangibles.

| 5. ALTERNATIVE DESIGNATION (if applicable): | ☐ LESSEE/LESSOR | ☐ CONSIGNEE/CONSIGNOR | ☐ BAILEE/BAILOR | ☐ SELLER/BUYER | ☐ AG. LIEN | ☐ NON-UCC FILING |
|---|---|---|---|---|---|---|
| 6. This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS. Attach Addendum [if applicable] | | 7. Check to REQUEST SEARCH REPORT(S) on Debtor(s) [ADDITIONAL FEE] [optional] | | ☐ All Debtors | ☐ Debtor 1 | ☐ Debtor 2 |

**8. OPTIONAL FILER REFERENCE DATA**
LOAN 140010-25

DEBTOR COPY — UCC FINANCING STATEMENT (FORM UCC1) (REV. 05/22/02)

Harland Financial Solutions
400 S.W. 6th Avenue, Portland, Oregon 97204

EXHIBIT 3

WHITE 000002

3128131

## EXHIBIT A

This **Exhibit A** is attached to and made a part of that certain MASTER SERVICE AGREEMENT ("**Agreement**") dated July 19, 2012, between **Hunt Oil Company** ("**Company**") and **Greenleaf Resources, Inc.** ("**Contractor**").

### SERVICES

Provide equipment rental and location and road construction clearing services for the Oil & Gas industry.

### PRICING

Unless otherwise indicated in a Work Order signed by each of Company and Contractor, the pricing applicable to each Work Order shall be as set forth in the Price List attached hereto as modified and initialed (the "**Price List**") and shall be subject to any price discounts listed below.

### End of Exhibit A

EXHIBIT 3

WHITE 000003

3128131

Exhibit A

Greenleaf Resources, Inc.          7/20/2012
Hourly Rates

| | |
|---|---|
| Cat D6 Dozer | $155.00 |
| Cat D5 Dozer | $125.00 |
| Cat 140 Motor Grader | $150.00 |
| Cat 320 Track Hoe | $140.00 |
| Cat 420 Back Hoe | $100.00 |
| RM 300 Concrete Mixer | $400.00 |
| RM 500 Concrete Mixer | $455.00 |
| John Deere 500 HP & 22 Scraper Pans | $345.00 |
| Fiat Allis Front End Loader | $125.00 |
| Cat CP 56 Compactor | $85.00 |
| Cat CS 56 Compactor | $85.00 |
| 130 BBL Water Truck | $95.00 |
| Truck & Lowboy | $175.00 |
| Truck & Belly Dump | $100.00 |
| Tandem 12yd. Dump Truck | $85.00 |
| Cat Skid Steer W/ Attachments | $100.00 |
| Cat 9,000lb. Forklift W/ Ext Boom 47' | $100.00 |
| Light Plants | $65.00 per day |
| 3" Water Pump | $75.00 per day |
| 6" Trash Pumps | $150.00 per day |
| Welding Truck & Tools Is 2 man Crew | $145.00 |
| 1 Ton Truck & 40 Ft Trailer | $100.00 |
| 1 Ton Truck & 30 Ft Trailer | $95.00 |
| Rousta Bout Truck & Tools 2 man crew | $125.00 |
| Rousta Bout Labor | $25.00 |
| 1 Ton Truck & 20 Ft. Trailer | $90.00 |

There is a 4 hour Mininum for all labor and equipment.
Equipment Rates include Labor and Fuel     There are no additional charges for overtime, weekends or
Rousta Bout and Welder Rates are increased to time and a half for over 8 hours a day

PLV 7-20-12

EXHIBIT 3

WHITE 000004

# EXHIBIT B

This **Exhibit B** is attached to and made a part of that certain MASTER SERVICE AGREEMENT ("**Agreement**") dated July 19, 2012, between **Hunt Oil Company** ("**Company**") and **Greenleaf Resources, Inc.** ("**Contractor**").

SAFETY, HEALTH AND ENVIRONMENTAL PROTECTION POLICY

Company is committed to safety, health and environmental protection for its employees, customers, local communities and others who may be affected by its varied operations.

The Contractor certifies that it will:

- To the fullest extent practicable conduct its operations in a manner that protects the safety and health of its and Company's employees and the public, avoids adverse impact on the environment and mitigates unavoidable impact of its operations on the environment.

- Advise and train its supervisors in safety, health and environmental requirements and hold each accountable for compliance as it relates to his/her area of responsibility.

- Provide its employees with adequate training and education in safety and environmental matters and hold each employee accountable for compliance in performing his/her assigned tasks.

- Comply with all applicable safety, health and environmental laws and regulations.

- Provide technical and legal support to those responsible for compliance.

- Encourage timely and effective communication between employees and their supervisors regarding safety, health and environmental issues.

- Encourage its employees to communicate their concerns to management about any unresolved safety, health and environmental risks they might have identified.

- Conduct safety and environmental reviews of Contractor's operations in order to evaluate its compliance with all applicable safety, health and environmental laws and regulations.

- Provide a copy of this certification to the Contractor's sub-contractors and notify them that they and their subcontractors will be expected to perform all work for the Company in accordance with this certification.

## DRUG/ALCOHOL POLICY

The Company has in place a DRUG/ALCOHOL POLICY, and in connection therewith, Contractor certifies as follows:

- Contractor will inform its employees who perform services under any MASTER SERVICE AGREEMENT with the Company of the Company's objective to maintain a safe work environment and that the Company has a policy forbidding the use or possession of prohibited drugs, or having traceable amounts of prohibited drugs in the employees' system or being under the influence of alcohol while on Company's premises.

- Contractor has in force a drug policy which requires periodic tests of employees for prohibited drugs and grants Company the right to audit enforcement of such policy.

- Contractor will not allow any employee of Contractor to perform services for the Company under any MASTER SERVICE AGREEMENT if such employee has violated the Contractor's prohibited drug policy.

EXHIBIT 3

WHITE 000005

3128131

- If Contractor's employees are working on Company's facilities, which are regulated by the Department of Transportation regulations governing the prohibition of drugs (49 CFR Part 195 [pipelines]), (49 CFR 391 [motor carriers]), that the Contractor and such employees are currently in compliance with said Department of Transportation regulations.

- Contractor will require each of its subcontractors who work on Company premises to certify to the foregoing.

## GIFTS

- The Company does not seek to do business through the improper use of business courtesies or other inducements. Business relationships should be built on quality products and services at competitive prices.

- Offering, giving, soliciting, or receiving any form of bribe is strictly prohibited. The acceptance of cash (or cash equivalent) is never permitted.

- Gifts or entertainment may be given or received if they:

  - are nominal in value ($100.00 per annum maximum) and would not be viewed as a bribe or payoff;

  - are legal and ethical;

  - would not prove to be embarrassing if publicly known; and

  - are acceptable practices under the circumstances.

- Acceptance of free lodging for vacation travel and recreational trips (hunting, fishing, golf, etc.) can be an acceptable business practice subject to all of the conditions listed above and provided that:

  - prior approval of an employee's supervisor and an accountable Company officer is received;

  - the acceptance will not impose any obligation (monetary or otherwise) on the employee or the Company; and

  - the business purpose is considered normal and prudent within the industry and is a practice used by the Company to maintain or develop business relationships with others.

## FIREARMS

Firearms or weapons, except those in possession of federal, state and local law enforcement officials, will not be allowed on property owned or leased by the Company. This policy also is in effect in any vehicles leased, owned or rented by the Company. With approval of the Company security director, security guards may be allowed to carry firearms.

### End of Exhibit B

EXHIBIT 3

WHITE 000006

## EXHIBIT C
## COMPLIANCE SUPPLEMENT

This **Exhibit C** is attached to and made a part of that certain MASTER SERVICE AGREEMENT ("**Agreement**") dated July 19, 2012, between **Hunt Oil Company** ("**Company**") and **Greenleaf Resources, Inc.** ("**Contractor**").

Contractor will further comply with the following:

## NON-DISCRIMINATION AND CERTIFICATION OF NON—SEGREGATED FACILITIES

**1.    THE EQUAL OPPORTUNITY CLAUSE (if this contract exceeds or will exceed $10,000).**

During the performance of this contract, Contractor agrees to be bound by the following provisions as contained in Section 202 of Executive Order No. 11246, as amended, to wit:

1.1    Contractor will not discriminate against any employee or applicant for employment because of race, color, religion, sex, or national origin. Contractor will take affirmative action to ensure that applicants are employed and that employees are treated equally during employment without regard to their race, color, religion, sex, or national origin.  Such action shall include but not be limited to the following: employment, upgrading demotion or transfer, recruitment or recruitment advertising, layoff or termination, rate of pay or other forms of compensation, and selection for training, including apprenticeship. Contractor agrees to post in conspicuous places, available to employees and applicants for employment, notices to be provided by the contracting officer setting forth the provisions of this nondiscrimination clause.

1.2    Contractor will, in all solicitations or advertisements for employees placed by or on behalf of Contractor, state that all qualified applicants will receive consideration for employment without regard to race, color, religion, sex, or national origin.

1.3    Contractor will send to each labor union or representative of workers with which he has a collective bargaining agreement or other contractor understanding a notice to be provided by the agency contracting officer advising the labor union or worker's representatives of Contractor's commitments under Section 202 of Executive Order No. 11246 of September 24, 1965, and shall post copies of the notice in conspicuous places available to employees and applicants for employment.

1.4    Contractor will comply with all provisions of Executive Order No. 11246 of September 24, 1965, and of the rules, regulations, and relevant orders of the Secretary of Labor.

1.5    Contractor will furnish all information and reports required by Executive Order No. 11246 of September 24, 1965, and by the rules, regulations, and orders of the Secretary of Labor, or pursuant thereto, and will permit access to his books, records, and accounts by the contracting agency and the Secretary of Labor for purposes of investigation to ascertain compliance with such rules, regulations, and orders.

1.6    In the event of Contractor's noncompliance with the nondiscrimination clauses of this contract or with any of such rules, regulations, or orders, this contract may be cancelled, terminated, or suspended in whole or in part, and the Contractor may be declared ineligible for further Government contracts in accordance with procedures authorized by Executive Order No. 11246 of September 24, 1965, and such other sanctions may be imposed and remedies invoked as provided in Executive Order No. 11246 of September 24, 1965, or by rule, regulation, or order of the Secretary of Labor, or otherwise provided by law.

EXHIBIT 3

WHITE 000007

3128131

1.7 Contractor will include the provisions of Paragraphs (1) through (7) in every subcontract or purchase order unless exempted by rules, regulations, or orders of the Secretary of Labor issued pursuant to Section 204 of Executive Order No. 11246 of September 24, 1965, so that such provisions will be binding upon each subcontractor or vendor. Contractor will take such action with respect to any subcontract or purchase order as the contracting agency may direct as a means of enforcing such provisions including sanctions for non-compliance; provided, however, that in the event Contractor becomes involved in or is threatened with litigation with a subcontractor or vendor as a result of such direction by the contracting agency, Contractor may request the United States to enter into such litigation to protect the interests of the United States.

## 2. CERTIFICATION OF NONSEGREGATED FACILITIES (if this contract exceeds or will exceed $10,000)

Contractor certifies that he does not maintain or provide for his employees any segregated facilities at any of his establishments and that he does not permit his employees to perform their services at any location, under his control, where segregated facilities are maintained. He certifies further that he will not maintain or provide for his employees any segregated facilities at any of his establishments and that he will not permit his employees to perform their services at any location, under his control, where segregated facilities are maintained. Contractor agrees that a breach of this certification is a violation of the Equal Opportunity Clause in this contract. As used in this certification, the term **"segregated facilities"** means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation and housing facilities provided for employees which are segregated by explicit directive or are in fact segregated on the basis of race, creed, color, or national origin, because of habit, local custom, or otherwise. He further agrees that (except where he has obtained identical certifications from proposed subcontractors for specific time periods) he will obtain identical certifications from proposed subcontractors prior to the award of such subcontractors exceeding $10,000 which are not exempt from the provisions of Equal Opportunity Clause; that he will retain such certifications in his files; and that he will forward notice to such proposed subcontractors (except where the proposed subcontractors have submitted identical certifications for specific time periods): NOTICE TO PROSPECTIVE SUBCONTRACTORS OF REQUIREMENT FOR CERTIFICATIONS OF NONSEGREGATED FACILITIES. A Certification of Nonsegregated Facilities as required by the May 21, 1968 order on Elimination of Segregated Facilities, by the Secretary of Labor (33 Fed. Reg. 7804, May 28, 1968), must be submitted prior to the award of a subcontract exceeding $10,000 which is not exempt from the provisions of the Equal Opportunity Clause. The certification may be submitted either for each subcontract or for all subcontracts during a period (i.e., quarterly, semi-annually, or annually).

(NOTE: The penalty for making false statements in offers is prescribed in 18 U.S.C. 1001.)

## 3. EMPLOYER INFORMATION REPORT EEO-1

Contractor further agrees and certifies that if the value of any contract or purchase order is $50,000 or more and Contractor has 50 or more employees Contractor will file a complete and accurate report on Standard Form 100 (EEO-1) with the Joint Reporting Committee at the appropriate address per the current instructions within thirty (30) days of the contract award and otherwise comply with and file such other compliance reports as may be required under Executive Order No. 11246, as amended, and Rules and Regulations adopted thereunder.

## 4. WRITTEN AFFIRMATIVE ACTION PROGRAM

Contractor further agrees and certifies that if the value of any contract or purchase order is $50,000 or more and Contractor has 50 or more employees Contractor will develop a written affirmative action compliance program for each of its establishments as required by Title 41, Code of Federal Regulations, Section 60-1.40 and Section 60.2.

## 5. VETERANS EMPLOYMENT CLAUSE (if this contract is for $10,000 or more)

Contractor agrees to abide by and comply with the provisions of the Affirmative Action Clause, Section 60-250.4 of 41 C.F.R. unless exempted as therein provided and which provisions are incorporated herein by reference to the same extent as though set forth herein in full.

EXHIBIT 3

WHITE 000008

3128131

6. **EXECUTIVE ORDER NO. 11758 EMPLOYMENT OF HANDICAPPED**

Contractor agrees that it will abide by and comply with the provisions of the Affirmative Action Clause, Section 60–741.4 of 41 C.F.R. (41 Fed. Reg. 16150, April 16, 1976), Affirmative Action for Handicapped Workers, which provisions are incorporated herein by reference to the same extent as though set forth herein in full.

7. **EXECUTIVE ORDER NO. 11625 MINORITY BUSINESS ENTERPRISE**

Contractor agrees that it will abide by and comply with the provisions of the minority business enterprise requirements of Executive Order 11625, which provisions are incorporated herein by reference to the same extent as though set forth herein in full.

8. **Contractor further agrees to comply with all applicable provisions of the Fair Labor Standards Act, the Occupational Health and Safety Act, and the Immigration Reform and Control Act of 1986.**

**End of Exhibit C**

EXHIBIT 3

WHITE 000009

## EXHIBIT D
## CONTRACTOR INSURANCE REQUIREMENTS

This **Exhibit D** is attached to and made a part of that certain MASTER SERVICE AGREEMENT (**"Agreement"**) dated July 19, 2012, between **Hunt Oil Company ("Company")** and **Greenleaf Resources, Inc. ("Contractor")**.

Without modifying the indemnity obligations and liabilities of Contractor, or its insurers, Contractor shall at all times during the term of this Agreement further comply with the following:

1. Contractor shall carry insurance of the types and in the minimum amounts as set forth below provided that all insurance obtained shall (a) be of an "occurrence" type policy and not a "claims made" type; (b) contain endorsements requiring thirty (30) days notice to Company prior to any cancellation or material modification by any insurer or underwriter of any such policy or policies; (c) name Company Group (as defined in the Agreement) **AS ADDITIONAL INSUREDS TO THE EXTENT OF CONTRACTOR'S LIABILITIES AND INDEMNITIES UNDER THE AGREEMENT, WHICH INCLUDES INDEMNITIES WITHOUT REGARD TO CAUSE OR CAUSES THEREOF INCLUDING WITHOUT LIMITATION NEGLIGENCE AS PROVIDED IN ARTICLE 6 OF THE AGREEMENT**, except as to the Workers Compensation Insurance as set forth below; (d) be primary to and without contribution from any insurance policies or self-insurance maintained by Company; (e) **WAIVE ALL RIGHTS OF SUBROGATION AGAINST THE PARTIES NAMED IN (c) ABOVE**; and (f) be without recourse against such parties for payment of premium. Contractor, on behalf of itself and its employees, agents, officers, directors, servants, subcontractors and related entities, expressly acknowledges the hazardous nature of working around and in oil and gas operations, and further assumes all risk inherent in working in such environment.

2. Contractor agrees to protect its employees, agents, officers, directors, servants and subcontractors and subcontractor's employees by carrying statutory Workers' Compensation Insurance with another states coverage clause and Alternate Employer Endorsement in compliance with the applicable workers' compensation or similar laws, as amended from time to time, applicable for the state or states where the work contemplated hereby is to be performed, and Employer's Liability Insurance with a limit of not less than:

| | |
|---|---|
| Bodily Injury by accident: | $1,000,000 each accident |
| Bodily Injury by disease: | $1,000,000 policy limit |
| Bodily Injury by disease: | $1,000,000 each employee |

If any work or services to be performed hereunder is on, over, incidental to, or otherwise pertains to state, federal or international waters, coverage will be endorsed to provide (i) protection for liabilities under the United States Longshoremans' and Harbor (USL&H) Workers' Compensation Act and the Jones Act (including Outer Continental Shelf Lands Act) and Maritime Liability (including transportation wages, maintenance and cure), (ii) that a claim *In Rem* shall be treated as a claim *In Personam* against the employer, and (iii) the following Borrowed Servant endorsement:

> It is agreed that a claim against Company, its parent, subsidiaries and affiliated companies, and their owners, co-owners, and joint venturers, if any, and their respective Underwriters by an employee of the Contractor based on the doctrine of "Borrowed Servant" shall as respects this insurance be treated as a claim arising under this policy against the Contractor hereunder; and Company additional insureds and their respective Underwriters, shall receive benefit of this insurance with respect to such claim.

3. Contractor further agrees to carry Commercial General Liability Insurance including Products and Completed Operations, Broad Form Property Damage, Blanket Contractual Liability Coverage, Protection and INDEMNITY INSURANCE (if marine work is to be performed hereunder, including coverage for injuries to or death of masters, mates and crews of vessels used in connection with this Agreement) **TO INSURE THE INDEMNITY AND**

EXHIBIT 3

WHITE 000010

3128131

9. If Contractor elects to self-insure for any of the above liabilities, it may self-insure only if it shall first qualify as a self-insurer under applicable state and/or federal laws and regulations and obtain Company consent to such as to any one or more of the risks as to which coverage is required herein; evidence of such consent must be in writing and approved by authorized officer of the Company.

**End of Exhibit D**

EXHIBIT 3

WHITE 000011

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
CSC                                                    (800)858-5294

B. EMAIL CONTACT AT FILER [optional]
FilingDept@CSCinfo.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Corporation Service Company

801 Adlai Stevenson Drive

Springfield          IL          62703

File Number: 20130970484A
Date Filed: 3/14/2013 12:55:34 PM
C. Delbert Hosemann, Jr.
Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
Greenleaf Resources, Inc.

1b. INDIVIDUAL'S LAST NAME | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 923 10th Street, Suite 101 PMB 138 | Floresville | TX | 78114 | USA |

1d. Check only if applicable and check only one box: ☐ Debtor is a Trust  ☐ Debtor is a Trustee acting with respect to property held in trust  ☐ Debtor is a Decedent's Estate

2. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

2b. INDIVIDUAL'S LAST NAME | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

2d. Check only if applicable and check only one box: ☐ Debtor is a Trust  ☐ Debtor is a Trustee acting with respect to property held in trust  ☐ Debtor is a Decedent's Estate

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
TCF Equipment Finance, Inc.

3b. INDIVIDUAL'S LAST NAME | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 11100 Wayzata Blvd. Ste 801 | Minnetonka | MN | 55305 | USA |

4. This FINANCING STATEMENT covers the following collateral:

One (1) 2013 Peterbilt 388, with a 75,000lb Brayden Model HP75A Hydraulic Winch ("Property") together with all accessories, attachments, part

| 5a. Check only if applicable and check only one box: | | | 5b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction | ☐ Manufactured-Home Transaction | ☐ A Debtor is a TRANSMITTING UTILITY | ☐ Agricultural Lien | ☐ Non-UCC Filing |

6. ALTERNATIVE DESIGNATION. Check only if applicable and check only one box: ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER

7. OPTIONAL FILER REFERENCE DATA
23192458465721     001-0634697-500  [74319591]

EXHIBIT 3

WHITE 000012

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

File Number: 20131018159A
Date Filed: 5/9/2013 8:44:05 AM
C. Delbert Hosemann, Jr.
Secretary of State

A. NAME & PHONE OF CONTACT AT FILER [optional]
Gisella Melendez                    800-331-3282

B. EMAIL CONTACT AT FILER [optional]
efiling@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

CT Lien Solutions

P.O. Box 29071

Glendale          CA          91209-9071

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
GREENLEAF RESOURCES, INC.

| 1b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 923 10TH STREET, SUITE 101 PMB 138 | FLORESVILLE | TX | 78114 | USA |

1d. Check only if applicable and check only one box:  ☐ Debtor is a Trust  ☐ Debtor is a Trustee acting with respect to property held in trust  ☐ Debtor is a Decedent's Estate

2. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

2d. Check only if applicable and check only one box:  ☐ Debtor is a Trust  ☐ Debtor is a Trustee acting with respect to property held in trust  ☐ Debtor is a Decedent's Estate

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
CATERPILLAR FINANCIAL SERVICES CORPORATION

| 3b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 WEST END AVE | NASHVILLE | TN | 372030986 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ONE (1) LOAD KING 604 TRAILER S/N: 5LKL50462D1028445 And substitutions, replacements, additions and accessions thereto, now owned

5a. Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a TRANSMITTING UTILITY

5b. Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing

6. ALTERNATIVE DESIGNATION. Check only if applicable and check only one box:  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER

7. OPTIONAL FILER REFERENCE DATA
47405087      MS-0-38061966-47405087

International Association of Commercial Administrators (IACA)

UCC FINANCING STATEMENT (FORM UCC1) (REV. DRAFT 05/21/09)

EXHIBIT 3

WHITE 000013

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
CSC                                    (800)858-5294

B. EMAIL CONTACT AT FILER [optional]
FilingDept@CSCinfo.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

Corporation Service Company

801 Adlai Stevenson Drive

Springfield            IL            62703

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| Greenleaf Resources, Inc. | | | | |

| 1b. INDIVIDUAL'S LAST NAME | FIRST GIVEN NAME | SECOND GIVEN NAME | | SUFFIX |
|---|---|---|---|---|

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 923 10th Street Suite 101 PMB 138 | Floresville | TX | 78114 | USA |

1d. Check only if applicable and check only one box: ☐ Debtor is a Trust ☐ Debtor is a Trustee acting with respect to property held in trust ☐ Debtor is a Decedent's Estate

2. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|

| 2b. INDIVIDUAL'S LAST NAME | FIRST GIVEN NAME | SECOND GIVEN NAME | | SUFFIX |
|---|---|---|---|---|

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

2d. Check only if applicable and check only one box: ☐ Debtor is a Trust ☐ Debtor is a Trustee acting with respect to property held in trust ☐ Debtor is a Decedent's Estate

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| TCF Equipment Finance, Inc. | | | | |

| 3b. INDIVIDUAL'S LAST NAME | FIRST GIVEN NAME | SECOND GIVEN NAME | | SUFFIX |
|---|---|---|---|---|

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 11100 Wayzata Blvd. Ste 801 | Minnetonka | MN | 55305 | USA |

4. This FINANCING STATEMENT covers the following collateral

(1) 2013 Peterbilt 388 w/Pik Rite 4700 Gallon Vacuum Tank ("Property") together with all accessories, attachments, parts, repairs, upgrades, ad

5a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a TRANSMITTING UTILITY

5b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

6. ALTERNATIVE DESIGNATION. Check only if applicable and check only one box ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER

7. OPTIONAL FILER REFERENCE DATA
24290569725391     001-0634697-501  [78156333]

EXHIBIT 3

WHITE 000014

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

File Number: 2013110635A
Date Filed: 8/8/2013 2:17:04 PM
C. Delbert Hosemann, Jr.
Secretary of State

A. NAME & PHONE OF CONTACT AT FILER [optional]
Gisella Melendez     800-331-3282

B. EMAIL CONTACT AT FILER [optional]
efiling@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

CT Lien Solutions

P.O. Box 29071

Glendale     CA     91209-9071

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
GREENLEAF RESOURCES, INC.

| 1b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 923 10TH STREET, SUITE 101 PMB 138 | FLORESVILLE | TX | 78114 | USA |

1d. Check only if applicable and check only one box: ☐ Debtor is a Trust  ☐ Debtor is a Trustee acting with respect to property held in trust  ☐ Debtor is a Decedent's Estate

2. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

2d. Check only if applicable and check only one box: ☐ Debtor is a Trust  ☐ Debtor is a Trustee acting with respect to property held in trust  ☐ Debtor is a Decedent's Estate

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
CATERPILLAR FINANCIAL SERVICES CORPORATION

| 3b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 WEST END AVE | NASHVILLE | TN | 372030986 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ONE (1) CATERPILLAR D6TXWVP TRACK TYPE TRACTOR S/N: RCW01165 ONE (1) CATERPILLAR D6TXL TRACK TYPE TRACTOR S/N:

5a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a TRANSMITTING UTILITY

5b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

6. ALTERNATIVE DESIGNATION. Check only if applicable and check only one box:
☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER

7. OPTIONAL FILER REFERENCE DATA
47681969     MS-0-39319301-47681969

EXHIBIT 3

WHITE 000015

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Gisella Melendez                      800-331-3282

B. EMAIL CONTACT AT FILER [optional]
efiling@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

CT Lien Solutions

P.O. Box 29071

Glendale          CA          91209-9071

File Number: 20131203066A
Date Filed: 12/2/2013 10:37:01 AM
C. Delbert Hosemann, Jr.
Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
GREENLEAF RESOURCES, INC.

| 1b. INDIVIDUAL'S LAST NAME | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 313 Telly Rd PMB 16 | Picaynne | MS | 39466 | USA |

1d. Check only if applicable and check only one box: ☐ Debtor is a Trust  ☐ Debtor is a Trustee acting with respect to property held in trust  ☐ Debtor is a Decedent's Estate

2. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

2d. Check only if applicable and check only one box: ☐ Debtor is a Trust  ☐ Debtor is a Trustee acting with respect to property held in trust  ☐ Debtor is a Decedent's Estate

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
HOLT CAT

| 3b. INDIVIDUAL'S LAST NAME | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P. O. BOX 207916 | SAN ANTONIO | TX | 78220-7916 | USA |

4. This FINANCING STATEMENT covers the following collateral

ONE (1) CATERPILLAR MODEL CS56B CAB TRACK TYPE TRACTOR, S/N 0L8H00577  COMPLETE WITH ALL SUBSTITUTIONS, REPLA[...]

5a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a TRANSMITTING UTILITY

5b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

6. ALTERNATIVE DESIGNATION (if applicable): Check only if applicable and check only one box:
☑ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER

7. OPTIONAL FILER REFERENCE DATA
47995623      MS-0-40852078-47995623

International Association of Commercial Administrators (IACA)

UCC FINANCING STATEMENT (FORM UCC1) (REV. DRAFT 05/21/09)

EXHIBIT 3

WHITE 000016

# UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Gisella Melendez          800-331-3282

B. EMAIL CONTACT AT FILER [optional]
efiling@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO:   (Name and Address)

```
CT Lien Solutions

P.O. Box 29071

Glendale          CA          91209-9071
```

File Number: 20131203557A
Date Filed: 12/2/2013 1:33:52 PM
C. Delbert Hosemann, Jr.
Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

| 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| GREENLEAF RESOURCES, INC. | | | |

| 1b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 313 Telly Rd PMB 16 | Picaynne | MS | 39466 | USA |

1d. Check only if applicable and check only one box:  ☐ Debtor is a Trust  ☐ Debtor is a Trustee acting with respect to property held in trust  ☐ Debtor is a Decedent's Estate

2. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

| 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| | | | |

| 2b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

2d. Check only if applicable and check only one box:  ☐ Debtor is a Trust  ☐ Debtor is a Trustee acting with respect to property held in trust  ☐ Debtor is a Decedent's Estate

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|
| HOLT CAT | | | |

| 3b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P. O. BOX 207916 | SAN ANTONIO | TX | 78220-7916 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ONE (1)  CATERPILLAR MODEL 336EL TRACK TYPE TRACTOR, S/N 0BZY02235   COMPLETE WITH ALL SUBSTITUTIONS, REPLACEME

5a. Check only if applicable and check only one box:
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a TRANSMITTING UTILITY

5b. Check only if applicable and check only one box:
☐ Agricultural Lien  ☐ Non-UCC Filing

6. ALTERNATIVE DESIGNATION, Check only if applicable and check only one box:  ☑ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER

7. OPTIONAL FILER REFERENCE DATA
47996488     MS-0-40856084-47996488

International Association of Commercial Administrators (IACA)
UCC FINANCING STATEMENT (FORM UCC1) (REV. DRAFT 05/21/09)

EXHIBIT 3

WHITE 000017

# 130476627

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

File Number: 20131217140A
Date Filed: 12/16/2013 12:20:47 PM
C. Delbert Hosemann, Jr.
Secretary of State

A. NAME & PHONE OF CONTACT AT FILER [optional]
Gisella Melendez          800-331-3282

B. EMAIL CONTACT AT FILER [optional]
efiling@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CT Lien Solutions

P.O. Box 29071

Glendale          CA          91209-9071

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
GREENLEAF RESOURCES, INC.

| 1b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 923 10TH ST, STE 101 PMB 138 | PICAYUNE | MS | 39466 | USA |

1d. Check only if applicable and check only one box: ☐ Debtor is a Trust ☐ Debtor is a Trustee acting with respect to property held in trust ☐ Debtor is a Decedent's Estate

2. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

2e. Check only if applicable and check only one box: ☐ Debtor is a Trust ☐ Debtor is a Trustee acting with respect to property held in trust ☐ Debtor is a Decedent's Estate

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
CATERPILLAR FINANCIAL SERVICES CORPORATION

| 3b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 WEST END AVE | NASHVILLE | TN | 37203 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ONE (1) CATERPILLAR TL943C TELEHANDLER S/N: THH00194
And all other equipment, together with all attachments, accessories and accessions thereto and all replacements and substitutions therefore, heretofore or hereafter leased, sold pursuant to installment sale or financed by secured party whether as lessor, seller or secured party to or for debtor whether as lessee, buyer or debtor.

5a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a TRANSMITTING UTILITY

5b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

6. ALTERNATIVE DESIGNATION. Check only if applicable and check only one box:
☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER

7. OPTIONAL FILER REFERENCE DATA
48037627     MS-0-41026579-48037627

International Association of Commercial Administrators (IACA)
UCC FINANCING STATEMENT (FORM UCC1) (REV. DRAFT 05/21/09)

EXHIBIT 3

WHITE 000018

# 130476630

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Gisella Melendez                    800-331-3282

B. EMAIL CONTACT AT FILER [optional]
efiling@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO:  (Name and Address)

CT Lien Solutions

P.O. Box 29071

Glendale        CA        91209-9071

File Number: 20131217142A
Date Filed: 12/16/2013 12:21:19 PM
C. Delbert Hosemann, Jr.
Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
GREENLEAF RESOURCES, INC.

OR

| 1b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 923 10TH ST, STE 101 PMB 138 | PICAYUNE | MS | 39466 | USA |

1d. Check only if applicable and check only one box:  ☐ Debtor is a Trust  ☐ Debtor is a Trustee acting with respect to property held in trust  ☐ Debtor is a Decedent's Estate

2. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

| 2b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

2d. Check only if applicable and check only one box:  ☐ Debtor is a Trust  ☐ Debtor is a Trustee acting with respect to property held in trust  ☐ Debtor is a Decedent's Estate

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
CATERPILLAR FINANCIAL SERVICES CORPORATION

OR

| 3b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 WEST END AVE | NASHVILLE | TN | 37203 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ONE (1) CATERPILLAR TL943C TELEHANDLER S/N: THH00195
And all other equipment, together with all attachments, accessories and accessions thereto and all replacements and substitutions therefore, heretofore or hereafter leased, sold pursuant to installment sale or financed by secured party whether as lessor, seller or secured party to or for debtor whether as lessee, buyer or debtor.

5a. Check only if applicable and check only one box:  ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a TRANSMITTING UTILITY

5b. Check only if applicable and check only one box:  ☐ Agricultural Lien  ☐ Non-UCC Filing

6. ALTERNATIVE DESIGNATION. Check only if applicable and check only one box:  ☐ LESSEE/LESSOR  ☐ CONSIGNEE/CONSIGNOR  ☐ BAILEE/BAILOR  ☐ SELLER/BUYER

7. OPTIONAL FILER REFERENCE DATA
48037628      MS-0-41026596-48037628

International Association of Commercial Administrators (IACA)
UCC FINANCING STATEMENT (FORM UCC1) (REV. DRAFT 05/21/09)

EXHIBIT 3

WHITE 000019

# 140008672

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Gisella Melendez                     800-331-3282

B. EMAIL CONTACT AT FILER [optional]
efiling@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CT Lien Solutions

P.O. Box 29071

Glendale          CA          91209-9071

File Number: 20141238747A
Date Filed: 1/9/2014 12:28:17 PM
C. Delbert Hosemann, Jr.
Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
GREENLEAF RESOURCES, INC.

OR

1b. INDIVIDUAL'S LAST NAME | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 923 10TH STREET, SUITE 101 PMB 138 | FLORESVILLE | TX | 78114 | USA |

1d. Check only if applicable and check only one box: ☐ Debtor is a Trust ☐ Debtor is a Trustee acting with respect to property held in trust ☐ Debtor is a Decedent's Estate

2. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

2b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

2d. Check only if applicable and check only one box: ☐ Debtor is a Trust ☐ Debtor is a Trustee acting with respect to property held in trust ☐ Debtor is a Decedent's Estate

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
CATERPILLAR FINANCIAL SERVICES CORPORATION

OR

3b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 WEST END AVE | NASHVILLE | TN | 37203 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ONE (1) CATERPILLAR CP56 VIBRATORY COMPACTOR S/N: C5P00680
And all other equipment, together with all attachments, accessories and accessions thereto and all replacements and substitutions therefore, heretofore or hereafter leased, sold pursuant to installment sale or financed by secured party whether as lessor, seller or secured party to or for debtor whether as lessee, buyer or debtor.

5a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a TRANSMITTING UTILITY

5b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

6. ALTERNATIVE DESIGNATION [if applicable]: Check only if applicable and check only one box: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER

7. OPTIONAL FILER REFERENCE DATA
48115276      M5-0-41318310-48115276

International Association of Commercial Administrators (IACA)
UCC FINANCING STATEMENT (FORM UCC1) (REV. DRAFT 05/21/09)

EXHIBIT 3

WHITE 000020

# 140008675

## UCC FINANCING STATEMENT

FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Gisella Melendez          800-331-3282

B. EMAIL CONTACT AT FILER [optional]
efiling@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
CT Lien Solutions

P.O. Box 29071

Glendale        CA        91209-9071
```

**File Number: 20141238749A**
**Date Filed: 1/9/2014 12:29:56 PM**
**C. Delbert Hosemann, Jr.**
**Secretary of State**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
**GREENLEAF RESOURCES, INC.**

| 1b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 923 10TH STREET, SUITE 101 PMB 138 | FLORESVILLE | TX | 78114 | USA |

1d. Check only if applicable and check only one box: ☐ Debtor is a Trust ☐ Debtor is a Trustee acting with respect to property held in trust ☐ Debtor is a Decedent's Estate

2. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

2e. Check only if applicable and check only one box: ☐ Debtor is a Trust ☐ Debtor is a Trustee acting with respect to property held in trust ☐ Debtor is a Decedent's Estate

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
**CATERPILLAR FINANCIAL SERVICES CORPORATION**

| 3b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 WEST END AVE | NASHVILLE | TN | 37203 | USA |

4. This FINANCING STATEMENT covers the following collateral:

ONE (1) CATERPILLAR RM-500 ROAD RECLAIMER S/N: ASW00404
And all other equipment, together with all attachments, accessories and accessions thereto and all replacements and substitutions therefore, heretofore or hereafter leased, sold pursuant to installment sale or financed by secured party whether as lessor, seller or secured party to or for debtor whether as lessee, buyer or debtor.

| 5a. Check only if applicable and check only one box: | | | 5b. Check only if applicable and check only one box: | |
|---|---|---|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a TRANSMITTING UTILITY | | | ☐ Agricultural Lien ☐ Non-UCC Filing | |

6. ALTERNATIVE DESIGNATION, Check only if applicable and check only one box: ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER

7. OPTIONAL FILER REFERENCE DATA
*48115295     MS-0-41318373-48115295*

International Association of Commercial Administrators (IACA)

UCC FINANCING STATEMENT (FORM UCC1) (REV. DRAFT 05/21/09)

EXHIBIT 3

WHITE 000021

# 140105636

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Gisella Melendez                           800-331-3282

B. EMAIL CONTACT AT FILER [optional]
efiling@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CT Lien Solutions

P.O. Box 29071

Glendale          CA          91209-9071

File Number: 20141300636A
Date Filed: 4/3/2014 9:34:28 AM
C. Delbert Hosemann, Jr.
Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
GREENLEAF RESOURCES, INC.

| 1b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 923 10TH STREET, SUITE 101 PMB 138 | FLORESVILLE | TX | 78114 | USA |

1d. Check only if applicable and check only one box: ☐ Debtor is a Trust ☐ Debtor is a Trustee acting with respect to property held in trust ☐ Debtor is a Decedent's Estate

2. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

2d. Check only if applicable and check only one box: ☐ Debtor is a Trust ☐ Debtor is a Trustee acting with respect to property held in trust ☐ Debtor is a Decedent's Estate

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
CATERPILLAR FINANCIAL SERVICES CORPORATION

| 3b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 WEST END AVE | NASHVILLE | TN | 372030986 | USA |

4. This FINANCING STATEMENT covers the following collateral:
ONE (1) CATERPILLAR 279D COMPACT TRACK LOADER S/N: GTL00622 & fORKS
ONE (1) CATERPILLAR 84" BUCKET NO S/N
And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof.

5a. Check only if applicable and check only one box: ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a TRANSMITTING UTILITY

5b. Check only if applicable and check only one box: ☐ Agricultural Lien ☐ Non-UCC Filing

6. ALTERNATIVE DESIGNATION. Check only if applicable and check only one box ☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER

7. OPTIONAL FILER REFERENCE DATA
48400106      MS-0-42717343-48400106

International Association of Commercial Administrators (IACA)
UCC FINANCING STATEMENT (FORM UCC1) (REV. DRAFT 05/21/09)

EXHIBIT 3

WHITE 000022

**170160805**

File Number: 20172265250B
Date Filed: 4/28/2017 12:04:58 AM
C. Delbert Hosemann, Jr.
Secretary of State

## UCC FINANCING STATEMENT AMENDMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**UCC Direct Services**                    800-331-3282

B. EMAIL CONTACT AT FILER (optional)
**efiling@wolterskluwer.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

> **CT Lien Solutions**
> **P.O. Box 29071**
> **Glendale, CA 91209-9071**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

| 1a. INITIAL FINANCING STATEMENT FILE NUMBER | 1b. ☐ This FINANCING STATEMENT AMENDMENT is to be filed [for record] |
|---|---|
| **20141300636A** | (or recorded) in the REAL ESTATE RECORDS From attach Amendment Addendum (Form UCC3Ad) and provide Debtor's name in item13 |

2. ☑ **TERMINATION** Effectiveness of the Financing Statement identified above is terminated with respect to the security interest(s) of Secured Party authorizing this Termination Statement

3. ☐ **ASSIGNMENT** (full or partial) Provide name of Assignee in item 7a or 7b and address of Assignee in item 7c and name of Assignor in item 9
For partial assignment complete items 7 and 9 and also indicate affected collateral in item 8

4. ☐ **CONTINUATION** Effectiveness of the Financing Statement identified above with respect to the security interest(s) of Secured Party authorizing this Continuation Statement is continued for the additional period provided by applicable law

5. ☐ **PARTY INFORMATION CHANGE**
Check one of these two boxes      AND Check one of these three boxes to
This Change affects ☐ Debtor  or  ☐ Secured Party of record   ☐ CHANGE name and/or address. Complete item 6a or 6b and item 7a or 7b and item 7c   ☐ ADD name Complete item 7a or 7b and item 7c   ☐ DELETE name Give record name to be referred in item 6a or 6b

6. CURRENT RECORD INFORMATION Complete for Party Information Change provide only one name (6a or 6b)

6a. ORGANIZATION'S NAME

OR

| 6b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

7. CHANGED OR ADDED INFORMATION Complete to Assignment or Party Information Change provide only one name (7a or 7b) (use exact full name or modify appreciate any part of the Debtors name

7a. ORGANIZATION'S NAME

OR 7b. INDIVIDUAL'S SURNAME

INDIVIDUAL'S FIRST PERSONAL NAME

| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | SUFFIX |
|---|---|---|---|

| 7c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

8. ☐ **COLLATERAL CHANGE** Also check one of these four boxes   ☐ ADD collateral   ☐ DELETE collateral   ☐ RESTATE covered collateral   ☐ ASSIGN collateral
indicate collateral

9. NAME OF SECURED PARTY OF RECORD AUTHORIZING THIS AMENDMENT: Provide only one name (9a or 9b)(name of Assignor if this is an Assignment)
If this is an Amendment authorized by a DEBTOR check here ☐ and provide the name of authorizing Debtor

9a. ORGANIZATION NAME
CATERPILLAR FINANCIAL SERVICES CORPORATION

OR

| 9b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
|---|---|---|---|
| | | | |

10. OPTIONAL FILER REFERENCE DATA
**MS-0-58673503-53217216**

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC3)(Rev 04/20/11)

EXHIBIT 3

WHITE 000023

# 140292664

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

A. NAME & PHONE OF CONTACT AT FILER [optional]
Gisella Melendez                    800-331-3282

B. EMAIL CONTACT AT FILER [optional]
efiling@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

CT Lien Solutions

P.O. Box 29071

Glendale          CA          91209-9071

File Number: 20141414407A
Date Filed: 8/4/2014 3:12:55 PM
C. Delbert Hosemann, Jr.
Secretary of State

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
GREENLEAF RESOURCES INC.

OR

1b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX

1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
923 10TH STREET, SUITE 101 PMB 138 | PICAYUNE | TX | 39466 | USA

1d. Check only if applicable and check only one box: ☐ Debtor is a Trust ☐ Debtor is a Trustee acting with respect to property held in trust ☐ Debtor is a Decedent's Estate

2. DEBTOR'S EXACT FULL LEGAL NAME - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

OR

2b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX

2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

2d. Check only if applicable and check only one box: ☐ Debtor is a Trust ☐ Debtor is a Trustee acting with respect to property held in trust ☐ Debtor is a Decedent's Estate

3. SECURED PARTY'S NAME (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
CATERPILLAR FINANCIAL SERVICES CORPORATION

OR

3b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX

3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY
2120 WEST END AVE | NASHVILLE | TN | 372030986 | USA

4. This FINANCING STATEMENT covers the following collateral:

ONE (1) CATERPILLAR CS56 VIBRATORY COMPACTOR S/N: C5S01569
And all other equipment, together with all attachments, accessories and accessions thereto and all replacements and substitutions therefore, heretofore or hereafter leased, sold pursuant to installment sale or financed by secured party whether as lessor, seller or secured party to or for debtor whether as lessee, buyer or debtor.

5a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a TRANSMITTING UTILITY

5b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

6. ALTERNATIVE DESIGNATION. Check only if applicable and check only one box:
☐ LESSEE/LESSOR ☐ CONSIGNEE/CONSIGNOR ☐ BAILEE/BAILOR ☐ SELLER/BUYER

7. OPTIONAL FILER REFERENCE DATA
48872489      MS-0-44360929-48872489

International Association of Commercial Administrators (IACA)
UCC FINANCING STATEMENT (FORM UCC1) (REV. DRAFT 05/21/09)

EXHIBIT 3

# 140292668

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS (front and back) CAREFULLY

File Number: 20141414409A
Date Filed: 8/4/2014 3:15:12 PM
C. Delbert Hosemann, Jr.
Secretary of State

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Gisella Melendez    800-331-3282

**B. EMAIL CONTACT AT FILER** (optional)
efiling@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)

CT Lien Solutions

P.O. Box 29071

Glendale       CA       91209-9071

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (1a or 1b) - do not abbreviate or combine names

1a. ORGANIZATION'S NAME
GREENLEAF RESOURCES INC.

| 1b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 923 10TH STREET, SUITE 101 PMB 138 | PICAYUNE | TX | 39466 | USA |

1d. Check only if applicable and check only one box: ☐ Debtor is a Trust   ☐ Debtor is a Trustee acting with respect to property held in trust   ☐ Debtor is a Decedent's Estate

**2. DEBTOR'S EXACT FULL LEGAL NAME** - insert only one debtor name (2a or 2b) - do not abbreviate or combine names

2a. ORGANIZATION'S NAME

| 2b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

2d. Check only if applicable and check only one box: ☐ Debtor is a Trust   ☐ Debtor is a Trustee acting with respect to property held in trust   ☐ Debtor is a Decedent's Estate

**3. SECURED PARTY'S NAME** (or NAME of TOTAL ASSIGNEE of ASSIGNOR S/P) - insert only one secured party name (3a or 3b)

3a. ORGANIZATION'S NAME
CATERPILLAR FINANCIAL SERVICES CORPORATION

| 3b. INDIVIDUAL'S LAST NAME (i.e. FAMILY NAME or SURNAME) | FIRST GIVEN NAME | SECOND GIVEN NAME | SUFFIX |
|---|---|---|---|
| | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 2120 WEST END AVE | NASHVILLE | TN | 372030986 | USA |

**4. This FINANCING STATEMENT covers the following collateral**

ONE (1) CATERPILLAR 420F1T BACKHOE LOADER S/N: JWJ00211 WITH 24" HD ROCK BUCKET, 1.5CYD GP BUCKET AND FORK CARRIAGE
And all other equipment, together with all attachments, accessories and accessions thereto and all replacements and substitutions therefore, heretofore or hereafter leased, sold pursuant to installment sale or financed by secured party whether as lessor, seller or secured party to or for debtor whether as lessee, buyer or debtor.

**5a.** Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a TRANSMITTING UTILITY

**5b.** Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

**6.** ALTERNATIVE DESIGNATION. Check only if applicable and check only one box:
☐ LESSEE/LESSOR   ☐ CONSIGNEE/CONSIGNOR   ☐ BAILEE/BAILOR   ☐ SELLER/BUYER

**7. OPTIONAL FILER REFERENCE DATA**
48872513    MS-0-44360976-48872513

International Association of Commercial Administrators (IACA)
UCC FINANCING STATEMENT (FORM UCC1) (REV. DRAFT 05/21/09)

EXHIBIT 3

WHITE 000025

# 150205024

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

File Number: 20151668032A
Date Filed: 6/3/2015 2:06:14 PM
C. Delbert Hosemann, Jr.
Secretary of State

A. NAME & PHONE OF CONTACT AT FILER (optional)
**SUZETTE ANDERSON**          318-256-7000

B. EMAIL CONTACT AT FILER (optional)
**s_anderson@sabinebank.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**GREENLEAF RESOURCES, INC.**
**313 TELLY RD PMB 16**
**PICAYUNE, MS  39466-5552**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME  Provide only one Debtor Name (1a or 1b) (use exact, full name; do not omit, modify or abbreviate any part of the Debtor's Name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| OR | GREENLEAF RESOURCES, INC. | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 313 Telly Road, Pmb 16 | Picayune | MS | 39466 | US |

2. DEBTOR'S NAME  Provide only one Debtor Name (2a or 2b) (use exact, full name; do not omit, modify or abbreviate any part of the Debtor's Name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY)  Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| OR | SABINE STATE BANK & TRUST CO. | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 297 ELIZABETH ST | MANY | LA | 71449-3082 | US |

4. COLLATERAL:  This financing statement covers the following collateral:
ANY AND ALL MASTER SERVICE AGREEMENTS BY AND BETWEEN ANY AND ALL COMPANIES (VENDORS), GREELEAF RESOURCES, INC AND SABINE STATE BANK & TRUST CO. ENGAGED IN ANY BUSINESS OPERATION; ANY AND ALL ACCOUNTS RECEIVABLES, MONIES, AND INCOME DERIVED FROM BUSINESS OPERATIONS; PURCHASE MONEY SECURITY INTEREST IN ALL INVENTORY, CHATTEL PAPER, ACCOUNTS, EQUIPMENT, MONIES, INSSURANCE PROCEEDS AND GENERAL INTANGIBLES

5. Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box.
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box.
☐ Agricultural Lien  ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable)  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA
**LOAN 140010-25**

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1) (Rev. 08/23/11)

**EXHIBIT 3**

WHITE 000026

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

File Number: 20162021897A
Date Filed: 7/21/2016 8:00:00 AM
C. Delbert Hosemann, Jr.
Secretary of State

A. NAME & PHONE OF CONTACT AT FILER (optional)
Phone: (800) 331-3282 Fax: (818) 662-4141

B. E-MAIL CONTACT AT FILER (optional)
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)   10104 - Caterpillar

CT Lien Solutions          54906249
P.O. Box 29071
Glendale, CA 91209-9071    MSMS

File with: Secretary of State, MS

**THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY**

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name: do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GREENLEAF RESOURCES, INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 923 10TH STREET, SUITE 101 PMB 138 | FLORESVILLE | TX | 78114 | |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name: do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2120 WEST END AVE | NASHVILLE | TN | 372030986 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
See Exhibit A attached hereto and made a part hereof. This filing is made to give notice of the true and absolute sale of certain chattel paper from Seller to Purchaser as described in Exhibit A attached hereto. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction   ☐ Manufactured-Home Transaction   ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien   ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (If applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:
54906249      FE0-2886284-000

Prepared by CT Lien Solutions, P.O. Box 29071,
Glendale, CA 91209-9071 Tel (800) 331-3282

**FILING OFFICE COPY** — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

EXHIBIT 3

WHITE 000027

## Schedule A

| Quantity | Make | Model | Description | Serial Number |
|---|---|---|---|---|
| ONE | CATERPILLAR | 140M2 | MOTOR GRADER | M9D01062 |
| ONE | CATERPILLAR | 140M2 | MOTOR GRADER | M9D00719 |
| ONE | CATERPILLAR | 420FIT | BACKHOE LOADER | JWJ00211 |
| ONE | CATERPILLAR | CS56 | SOIL COMPACTOR | C5S01569 |
| ONE | CATERPILLAR | 279D | COMPACT TRACK LOADER | GTL00622 |
| ONE | CATERPILLAR | CP56 | SOIL COMPACTOR | C5P00680 |
| ONE | CATERPILLAR | RM-500 | ROAD RECLAIMER | ASW00404 |
| ONE | CATERPILLAR | TL943C | TELEHANDLER | THH00194 |
| ONE | CATERPILLAR | TL943C | TELEHANDLER | THH00195 |
| ONE | CATERPILLAR | 324EL | HYDRAULIC EXCAVATOR | PNW00924 |
| ONE | CATERPILLAR | D6TXWVP | TRACK TYPE TRACTOR | RCW01165 |
| ONE | CATERPILLAR | D6TXL | TRACK TYPE TRACTOR | GMK00555 |
|  | CATERPILLAR | 140M2 | MOTOR GRADER | M9D01052 |
|  | LOAD KING | 604 | TRAILER | VIN:5LKL50462D1028445 |

1

612084

16 JUL 21 AM 10: 14

EXHIBIT 3

WHITE 000028

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

File Number: 20162023650A
Date Filed: 7/25/2016 12:00:00 PM
C. Delbert Hosemann, Jr.
Secretary of State

**A. NAME & PHONE OF CONTACT AT FILER** (optional)
Phone: (800) 331-3282 Fax: (818) 662-4141

**B. E-MAIL CONTACT AT FILER** (optional)
CLS-CTLS_Glendale_Customer_Service@wolterskluwer.com

**C. SEND ACKNOWLEDGMENT TO:** (Name and Address)   10104 - Caterpillar

CT Lien Solutions                     54938951
P.O. Box 29071
Glendale, CA 91209-9071              MSMS

File with: Secretary of State, MS

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**1. DEBTOR'S NAME:** Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of Item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| GREENLEAF RESOURCES, INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTY |
| 923 10TH STREET, SUITE 101 PMB 138 | FLORESVILLE | TX | 78114 | |

**2. DEBTOR'S NAME:** Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2120 WEST END AVE | NASHVILLE | TN | 372030986 | USA |

**4. COLLATERAL:** This financing statement covers the following collateral:
See Exhibit A attached hereto and made a part hereof. This filing is made to give notice of the true and absolute sale of certain chattel paper from Seller to Purchaser as described in Exhibit A attached hereto. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).

**5. Check only if applicable and check only one box:** Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

**6a. Check only if applicable and check only one box:**
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

**6b. Check only if applicable and check only one box:**
☐ Agricultural Lien ☐ Non-UCC Filing

**7. ALTERNATIVE DESIGNATION (if applicable):** ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

**8. OPTIONAL FILER REFERENCE DATA:**
54938951        FE0-2886286-000

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

Prepared by CT Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 Tel (800) 331-3282

EXHIBIT 3

WHITE 000029

**Schedule A**

| Quantity | Make | Model | Description | Serial Number |
|----------|------|-------|-------------|---------------|
| ONE | CATERPILLAR | 420FIT | BACKHOE LOADER | JWJ00211 |
| ONE | CATERPILLAR | CS56 | SOIL COMPACTOR | C5S01569 |
| ONE | CATERPILLAR | 279D | COMPACT TRACK LOADER | GTL00622 |
| ONE | CATERPILLAR | CP56 | SOIL COMPACTOR | C5P00680 |
| ONE | CATERPILLAR | RM-500 | ROAD RECLAIMER | ASW00404 |
| ONE | CATERPILLAR | TL943C | TELEHANDLER | THH00194 |
| ONE | CATERPILLAR | TL943C | TELEHANDLER | THH00195 |
| ONE | CATERPILLAR | 324EL | HYDRAULIC EXCAVATOR | PNW00924 |
| ONE | CATERPILLAR | D6TXWVP | TRACK TYPE TRACTOR | RCW01165 |
| ONE | CATERPILLAR | D6TXL | TRACK TYPE TRACTOR | GMK00555 |
| ONE | CATERPILLAR | 140M2 | MOTOR GRADER | M9D01052 |
| ONE | LOAD KING | 604 | TRAILER | VIN:5LKL50462D1028445 |
| ONE | CATERPILLAR | D6T | TRACK TYPE TRACTOR | GMK00676 |
| ONE | CATERPILLAR | D6T | TRACK TYPE TRACTOR | TSM00146 |

1

2016 JUL 25 AM 9: 52

EXHIBIT 3

WHITE 000030

**160455679**

File Number: 20162102565A
Date Filed: 10/12/2016 10:09:58 AM
C. Delbert Hosemann, Jr.
Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
|---|---|
| **UCC Direct Services** | 800-331-3282 |

B. EMAIL CONTACT AT FILER (optional)
efiling@wolterskluwer.com

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                    ┐
    CT Lien Solutions
    P.O. Box 29071
    Glendale, CA  91209-9071
└                                    ┘
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME Provide only one Debtor Name (1a or 1b) use exact, full name; do not omit, modify or abbreviate any part of the Debtor's Name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| GREENLEAF RESOURCES, INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 923 10TH STREET, SUITE 101 PMB 138 | MONAHANS | TX | 79756 | USA |

2. DEBTOR'S NAME Provide only one Debtor Name (2a or 2b) use exact, full name; do not omit, modify or abbreviate any part of the Debtor's Name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME OF ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| CATERPILLAR FINANCIAL SERVICES CORPORATION | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2120 WEST END AVE | NASHVILLE | TN | 372030986 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ONE (1) CATERPILLAR D6T TRACK TYPE TRACTOR S/N: GMK00676, MULTI-SHANK 6 RIPPER, And all other equipment heretofore or hereafter leased, sold pursuant to installment sale or financed by secured party whether as lessor, seller or secured party to or for debtor whether as lessee, buyer or debtor, together with all attachments, accessories and accessions thereto and all replacements and substitutions therefore. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).

| 5. Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad item 17 and instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|

| 6a. Check only if applicable and check only one box. | 6b. Check only if applicable and check only one box. |
|---|---|
| ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable) ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA
MS-0-56036752-52265725

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1)(Rev 08/23/11)

EXHIBIT 3

WHITE 000031

160455688

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
**UCC Direct Services**          800-331-3282

B. EMAIL CONTACT AT FILER (optional)
**efiling@wolterskluwer.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

**CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor Name (1a or 1b)(use exact, full name: do not omit, modify or abbreviate any part of the Debtor's Name) if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 1a. ORGANIZATION NAME | | | | |
| GREENLEAF RESOURCES, INC. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 923 10TH STREET, SUITE 101 PMB 138 | MONAHANS | TX | 79756 | USA |

2. DEBTOR'S NAME: Provide only one Debtor Name (2a or 2b)(use exact, full name: do not omit, modify or abbreviate any part of the Debtor's Name) if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | | | | |
|---|---|---|---|---|
| 2a. ORGANIZATION NAME | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | | | | |
|---|---|---|---|---|
| 3a. ORGANIZATION NAME | | | | |
| CATERPILLAR FINANCIAL SERVICES CORPORATION | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2120 WEST END AVE | NASHVILLE | TN | 372030986 | USA |

4. COLLATERAL: This financing statement covers the following collateral:
ONE (1) CATERPILLAR D6T TRACK TYPE TRACTOR S/N: TSM00146, 6SU XL BLADE, RIPPER, And substitutions, replacements, additions and accessions thereto, now owned or hereafter acquired and proceeds thereof. The above collateral is within the scope of Article 9 of the Uniform Commercial Code (if this statement is filed in New Jersey, specifically Chapter 9 of Title 12A, pursuant to 12A:9-102 and 12A:9-109).

| | | |
|---|---|---|
| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad item 17 and instructions) | | ☐ being administered by a Decedent's Personal Representative |
| 6a. Check only if applicable and check only one box:<br>☐ Public Finance Transaction   ☐ Manufactured Home Transaction   ☐ A Debtor is a Transmitting Utility | | 6b. Check only if applicable and check only one box:<br>☐ Agricultural Lien   ☐ Non-UCC Filing |
| 7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor   ☐ Consignee/Consignor   ☐ Seller/Buyer   ☐ Bailee/Bailor   ☐ Licensee/Licensor | | |

8. OPTIONAL FILER REFERENCE DATA
**MS-0-56036800-52265753**

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1)(Rev 08/23/11)

EXHIBIT 3

WHITE 000032

**170049851**

File Number: 20172205180A
Date Filed: 2/7/2017 11:50:22 AM
C. Delbert Hosemann, Jr.
Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
|---|---|
| **Nichole Melillo** | 281-570-1850 |

B. EMAIL CONTACT AT FILER (optional)
**credit@thirdcoastcommercialcap.com**

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

⌐                  ¬

    **Nichole Melillo**
    **20202 HIGHWAY 59 N STE 190**
    **HUMBLE, TX 77338-2403**

L                  ⌋

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME Provide only one Debtor Name (1a or 1b)(use exact, full name; do not omit, modify or abbreviate any part of the Debtor's Name); if any part of the individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| OR   Greenleaf Resources, Inc. | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 313 TELLY RD PMB 16 | PICAYUNE | MS | 39466-5552 | US |

2. DEBTOR'S NAME Provide only one Debtor Name (2a or 2b)(use exact, full name; do not omit, modify or abbreviate any part of the Debtor's Name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| OR | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| OR   THIRD COAST COMMERCIAL CAPITAL, INC. | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | | | | |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 20202 HIGHWAY 59 N STE 190 | HUMBLE | TX | 77338-2403 | US |

4. COLLATERAL: This financing statement covers the following collateral:

All assets of the Debtor. In addition, Secured Party hereby perfects its ownership rights in all now existing and future Accounts purchased from the Seller/Debtor and in respect to which Secured Party takes ownership or title. WARNING: PURSUANT TO AN AGREEMENT BETWEEN DEBTOR AND SECURED PARTY, DEBTOR HAS AGREED TO NOT GRANT A SECURITY INTEREST IN THE COLLATERAL TO ANY OTHER PARTY. THE ACCEPTANCE OF ANY SUCH SECURITY INTEREST BY ANY THIRD PARTY WILL CONSTITUTE THE TORTIOUS INTERFERENCE WITH SECURED PARTY'S RIGHTS IN THIS REGARD.

| 5. Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad item 17 and instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|

| 6a. Check only if applicable and check only one box. | | 6b. Check only if applicable and check only one box. | |
|---|---|---|---|
| ☐ Public Finance Transaction | ☐ Manufactured Home Transaction | ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien ☐ Non-UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable) ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1)(Rev 08/23/11)

**EXHIBIT 3**

WHITE 000033

# 170084300

**UCC FINANCING STATEMENT**
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) |
|---|
| **Corporation Service Company**   (800)858-5294 |

| B. EMAIL CONTACT AT FILER (optional) |
|---|
| FilingDept@CSCinfo.com |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
┌                                    ┐
    Corporation Service Company
    801 Adlai Stevenson Drive
    Springfield, IL  62703
└                                    ┘
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b)(use exact, full name. do not omit, modify or abbreviate any part of the Debtor's Name) if any part of the Individual Debtor's name will not fit in line 1b. leave all of item 1 blank check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| GREENLEAF RESOURCES INC | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 610 W I-20 | MONHANS | TX | 79756 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b)(use exact, full name. do not omit, modify or abbreviate any part of the Debtor's Name) if any part of the Individual Debtor's name will not fit in line 2b. leave all of item 2 blank check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| MARLIN BUSINESS BANK | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| 2795 E COTTONWOOD PKWY | SALT LAKE CITY | UT | 84121 | USA |

4. COLLATERAL: This financing statement covers the following collateral

2016 VIKING FLATDECK, VIN:1V9CR5332GN062275. AND ALL REPLACEMENTS, SUBSTITUTIONS, ACCESSIONS, ADD-ONS, AND ALL PROCEEDS AND ACCOUNTS OF THE DEBTOR ARISING OUT OF OR RELATED TO THE FOREGOING. THIS FINANCING STATEMENT RELATES TO AN EQUIPMENT FINANCE AGREEMENT BETWEEN THE DEBTOR (AS CUSTOMER) AND THE SECURED PARTY (AS FINANCE COMPANY). THIS FINANCING STATEMENT IS FILED TO GIVE NOTICE OF SECURED PARTY'S FIRST PRIORITY, PURCHASE MONEY SECURITY INTEREST IN THE COLLATERAL.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad item 17 and instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|
| 6a. Check only if applicable and check only one box. ☐ Public Finance Transaction ☐ Manufactured Home Transaction ☐ A Debtor is a Transmitting Utility | 6b. Check only if applicable and check only one box. ☐ Agricultural Lien ☐ Non UCC Filing |

7. ALTERNATIVE DESIGNATION (if applicable) ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA
: APP 1183725 CCAN 1573544 [128291701]

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1)(Rev 08/23/11)

EXHIBIT 3

**170087655**

File Number: 20172225216A
Date Filed: 3/7/2017 10:06:23 AM
C. Delbert Hosemann, Jr.
Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| A. NAME & PHONE OF CONTACT AT FILER (optional) | |
|---|---|
| **UCC Direct Services** | **800-331-3282** |

| B. EMAIL CONTACT AT FILER (optional) |
|---|
| **efiling@wolterskluwer.com** |

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

```
CT Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071
```

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME Provide only one Debtor Name (1a or 1b) use exact, full name: do not omit, modify or abbreviate any part of the Debtor's Name) if any part of the individual Debtor's name will not fit in line 1b leave all of item 1 blank check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION NAME | | | | | |
|---|---|---|---|---|---|
| OR GREENLEAF RESOURCES, INC. | | | | | |
| 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| PO BOX 390 | MONAHANS | TX | 79756 | | USA |

2. DEBTOR'S NAME Provide only one Debtor Name (2a or 2b) use exact, full name: do not omit, modify or abbreviate any part of the Debtor's Name) if any part of the individual Debtor's name will not fit in line 2b leave all of item 2 blank check here ☐ and provide the individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION NAME | | | | | |
|---|---|---|---|---|---|
| OR | | | | | |
| 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME OF ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION NAME | | | | | |
|---|---|---|---|---|---|
| OR Navitas Credit Corp. | | | | | |
| 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| 111 EXECUTIVE CENTER DRIVE, SUITE 102 | COLUMBIA | SC | 29210 | | USA |

4. COLLATERAL: This financing statement covers the following collateral

(3) 2016 DURAHAUL BELLY DUMP LP 40', VIN 3P9DT4029G1033594, 3P9KT4028G1033688, 3P9KT4026G1033687 ("Equipment"), and all replacements, replacement parts, accessions and attachments now or hereafter made a part of any of the Equipment, and all cash and non-cash proceeds, general intangibles, accounts and chattel paper arising out of any of the foregoing.

| 5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad item 17 and instructions) | ☐ being administered by a Decedent's Personal Representative |
|---|---|

| 6a. Check only if applicable and check only one box: | 6b. Check only if applicable and check only one box: |
|---|---|
| ☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility | ☐ Agricultural Lien  ☐ Non-UCC Filing |

| 7. ALTERNATIVE DESIGNATION (if applicable)  ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor |
|---|

8. OPTIONAL FILER REFERENCE DATA
**MS-0-57906760-52929995**

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1)(Rev 08/23/11)

EXHIBIT 3

WHITE 000035

# 170214579

File Number: 20172294063A
Date Filed: 5/25/2017 4:24:06 PM
C. Delbert Hosemann, Jr.
Secretary of State

## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
Paula Mayfield                    (504) 586-5247

**B. EMAIL CONTACT AT FILER (optional)**
pmayfield@fishmanhaygood.com

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**

Fishman Haygood LLP
201 St Charles Avenue Suite 4600
New Orleans, LA 70170

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor Name (1a or 1b)(use exact, full name, do not omit, modify or abbreviate any part of the Debtor's Name). if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | Greenleaf Resources, Inc. | | | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| | 3 ANDSBURY CT | HATTIESBURG | MS | 39402 | | |

2. DEBTOR'S NAME: Provide only one Debtor Name (2a or 2b)(use exact, full name, do not omit, modify or abbreviate any part of the Debtor's Name). if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | | | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION NAME | | | | | |
|---|---|---|---|---|---|---|
| OR | | | | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| | White | John | | F. | | Jr. |
| | 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | | COUNTRY |
| | 812 GRAVIER ST, SUITE 360 | NEW ORLEANS | LA | 70112 | | |

4. COLLATERAL: This financing statement covers the following collateral:
All Assets of Debtor, whether now owned or hereafter acquired.

5. Check only if applicable and check only one box. Collateral is ☐ held in a Trust (see UCC1Ad item 17 and instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box.
☐ Public Finance Transaction ☐ Manufactured Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box.
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA
1897-001

FILING OFFICE COPY - UCC FINANCING STATEMENT (Form UCC1)(Rev 08/23/11)

EXHIBIT 3

WHITE 000036

## UCC FINANCING STATEMENT ADDENDUM

FOLLOW INSTRUCTIONS

9. NAME OF FIRST DEBTOR. Same as line 1a or 1b on Financing Statement. If line 1b was left blank because individual Debtor name did not fit, check here ☐

| | |
|---|---|
| 9a. ORGANIZATION'S NAME | |
| Greenleaf Resources, Inc. | |

OR

| 9b. INDIVIDUAL'S SURNAME | |
|---|---|
| FIRST PERSONAL NAME | |
| ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

**File Number: 20172294063A**

**Date Filed: 5/25/2017 4:24:06 PM**

**C. Delbert Hosemann, Jr.**

**Secretary of State**

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME. Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact full name) do not omit modify or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

| | | | | |
|---|---|---|---|---|
| 10a. ORGANIZATION'S NAME | | | | |

OR

| 10b. INDIVIDUAL'S SURNAME | | | | |
|---|---|---|---|---|
| INDIVIDUAL'S FIRST PERSONAL NAME | | | | |
| INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S) | | | | SUFFIX |

| 10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|

11. ☑ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME. Provide only one name (11a or 11b)

OR

| 11a. ORGANIZATION NAME | | | | |
|---|---|---|---|---|
| 421 Development, Ltd. | | | | |

| 11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
|---|---|---|---|---|

| 11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 812 GRAVIER ST, SUITE 360 | NEW ORLEANS | LA | 70112 | |

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)

| | |
|---|---|
| 13. ☐ This FINANCING STATEMENT is to be filed (for record) (or recorded) in the REAL ESTATE RECORDS (if applicable) | 14. This FINANCING STATEMENT ☐ covers timber to be cut  ☐ covers as extracted collateral  ☐ is filed as a fixture filing |
| 15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest) | 16. Description of real estate |

17. MISCELLANEOUS

**FILING OFFICE COPY** - UCC FINANCING STATEMENT ADDENDUM (Form UCC1Ad)(Rev 04/20/11)

EXHIBIT 3

WHITE 000037

EXHIBIT 3