



**EXHIBIT C**

Caterpillar Financial Services Corporation
2120 West End Ave
P.O. Box 340001
Nashville, TN 37203 - 0001
1-800-651-0567

## Payoff Quote

Contract Number:          001-0856344-000

Customer Name:          GREENLEAF RESOURCES INC.
                                      PO BOX 390
                                      MONAHANS, TX. 79756
                                      USA

This payoff is based on the assumption that all current open payments have not been made. This payoff is not final or binding until all monies to satisfy the debt are collected by us.

If you intend to remit payment beyond the payoff date, please add the per diem amount for each additional day.

| | | |
|---|---|---|
| **Payoff Total:** | USD 157,041.08 | **Pay By Wire** |
| **Per Diem:** | USD 28.58 | Chase Manhattan Bank |
| **Good Through Date:** | September 07, 2017 | New York, NY |
| | | ABA #021-000021 |
| **Payoff total includes all line items below:** | | Attn: Caterpillar Financial Services Corporation |
| **Sales Tax:** | USD 0.00 | acct #910-2-469872 |
| **Late Charges:** | USD 843.03 | |
| **Processing Fee:** | USD 275.00 | **Pay Online** |
| **Cat Insurance:** | USD 0.00 | www.catfinancial.com > My Account |
| **Maintenance and Repair:** | USD 0.00 | |

| | | |
|---|---|---|
| **Serial #** | **Model #** | **Pay By Check** |
| ASW00404 | RM-500 | CATERPILLAR FINANCIAL SERVICES CORPORATION |
| C5P00680 | CP56 | P.O. BOX 730681 |
| | | DALLAS, TX 753730681 |
| | | Contract # 001-0856344-000 |

**Please include your contract number on all remittances.** Payoffs received via wire transfer are processed within two business days. Checks and online payments require five business days to process to ensure the funds have cleared before liens are released.

Thank you for your business. Please review important information below or review our Frequently Asked Questions at www.catfinancial.com/us/faq. Contact us at NABC.Payoffs@cat.com or 1-888-228-8811 for additional assistance.

The processing fee is included to cover the costs of early termination of the contract and the lien release. Upon clearing of funds, a lien release will be filed electronically with the appropriate jurisdiction, any necessary title releases will be requested, and paid in full documentation will be sent to the Customer listed above, unless we have an additional security interest in the equipment in connection with another transaction.

Prepared By: Kendall Ashby                                                                                    Prepared On: August 28, 2017

EXHIBIT 4



**Caterpillar Financial Services Corporation**
**2120 West End Ave**
P.O. Box 340001
Nashville, TN 37203-0001
1-888-228-8811

## Payoff Quote

**Contract Number:**       001-0672381-000
**Customer Name:**         GREENLEAF RESOURCES INC.
                           P.O. BOX 390
                           MONAHANS, TX 79756

The below payoff is based on the assumption that the **August 09, 2017** payment has not been made. This payoff is not final or binding until all monies to satisfy the debt are collected by us.

If funds will be received after the Good Through Date, please add the Per Diem Amount for each additional day.

| | |
|---|---|
| **Payoff Total:** | $28,416.05 |
| **Per Diem:** | $0.09 |
| **Good Through Date:** | September 07, 2017 |

**Payoff total includes all the line items below:**

| | |
|---|---|
| **Balance:** | $26,799.00 |
| **Sales Tax:** | $0.00 |
| **Additional Tax:** | $0.00 |
| **Late Charges:** | $1,342.05 |
| **Miscellaneous Charges:** | $0.00 |
| **Processing Fee:** | $275.00 |
| **Over Payment:** | $0.00 |

| Serial # | Model # |
|---|---|
| PNW00924 | 324EL |

**Pay by Wire:**
Chase Manhattan Bank
NY, NY
ABA# 021-000021
Caterpillar Financial Services Corp.
Acct# 910-2-469872

**Pay Online**
www.catfinancial.com > My Account

**Pay by Check**
Caterpillar Financial Services Corporation
PO Box 730681
Dallas, TX 75373 - 0681

Please include your contract number on all remittances. Payoffs received via wire transfer are processed within two business days. Checks and online payments require five business days to process to ensure the funds have cleared before liens are released.

Thank you for your business. Please review important information below or review our Frequently Asked Questions at www.catfinancial.com/us/faq. Contact us at NABC.Payoffs@cat.com or 1-888-228-8811 for additional assistance.

The processing fee is included to cover the costs of early termination of the contract and the lien release. Upon clearing of funds, a lien release will be filed electronically with the appropriate jurisdiction, any necessary title releases will be requested, and paid in full documentation will be sent to the Customer listed above, unless we have an additional security interest in the equipment in connection with another transaction.

Prepared by: Lamar Allen

Prepared on: August 28, 2017

EXHIBIT 4



Caterpillar Financial Services Corporation
2120 West End Ave
P.O. Box 340001
Nashville, TN 37203 - 0001
1-800-651-0567

## Payoff Quote

**Contract Number:**      001-0664938-000

**Customer Name:**       GREENLEAF RESOURCES INC.
P.O. BOX 390
MONAHANS, TX, 79756
USA

This payoff is based on the assumption that all current open payments have not been made. This payoff is not final or binding until all monies to satisfy the debt are collected by us.

If you intend to remit payment beyond the payoff date, please add the per diem amount for each additional day.

| | |
|---|---|
| **Payoff Total:** | USD 76,774.36 |
| **Per Diem:** | USD 0.00 |
| **Good Through Date:** | September 07, 2017 |

**Payoff total includes all line items below:**

| | |
|---|---|
| **Sales Tax:** | USD 0.00 |
| **Late Charges:** | USD 5,884.55 |
| **Processing Fee:** | USD 275.00 |
| **Cat Insurance:** | USD 0.00 |
| **Maintenance and Repair:** | USD 0.00 |

| Serial # | Model # |
|---|---|
| RCW01165 | D6TXWVP |
| GMK00555 | D6TXL |
| M9D01052 | 140M2 |

**Pay By Wire**
Chase Manhattan Bank
New York, NY
ABA #021-000021
Attn: Caterpillar Financial Services Corporation
acct #910-2-469872

**Pay Online**
www.catfinancial.com > My Account

**Pay By Check**
CATERPILLAR FINANCIAL SERVICES CORPORATION
P.O. BOX 730681
DALLAS, TX 753730681
Contract # 001-0664938-000

**Please include your contract number on all remittances.** Payoffs received via wire transfer are processed within two business days. Checks and online payments require five business days to process to ensure the funds have cleared before liens are released.

Thank you for your business. Please review important information below or review our Frequently Asked Questions at www.catfinancial.com/us/faq. Contact us at NABC.Payoffs@cat.com or 1-888-228-8811 for additional assistance.

The processing fee is included to cover the costs of early termination of the contract and the lien release. Upon clearing of funds, a lien release will be filed electronically with the appropriate jurisdiction, any necessary title releases will be requested, and paid in full documentation will be sent to the Customer listed above, unless we have an additional security interest in the equipment in connection with another transaction.

Prepared By: Kendall Ashby                                                                 Prepared On: August 28, 2017

EXHIBIT 4