# RELEASE AND TERMINATION

Reference is made to (i) that certain Promissory Note, dated June 2, 2015, in the original principal amount of $700,000.00, issued by Greenleaf Resources, Inc., a Mississippi corporation ("Borrower") in favor of Gillespie Partners, Ltd., a Texas limited partnership ("Lender") (the "2015 Note"); (ii) that certain Promissory Note, dated May 11, 2016, in the original principal amount of $300,000.00, issued by Borrower in favor of Lender (the "2016 Note" and, together with the 2015 Note, collectively the "Notes"); (iii) the Guaranty Agreement by Edgar L. Vines, Jr. ("Vines") and John F. White, Jr. (White" and, together with Vines, "Guarantors") in favor of Lender dated as of June 2, 2015 (the "2015 Guaranty"); (iv) the Guaranty Agreement by Guarantors in favor of Lender dated as of May 11, 2016 (the "2016 Guaranty" and, together with the 2015 Guaranty, collectively the "Guaranties"); (v) the Deed of Trust, Security Agreement, and Financing Statement dated as of June 2, 2015, by Borrower for the benefit of Lender (the "2015 Deed of Trust"); and (vi) the Deed of Trust, Security Agreement, and Financing Statement dated as of May 11, 2016, by Borrower for the benefit of Lender (the "2016 Deed of Trust" and, together with the 2015 Deed of Trust, the "Deeds of Trust"). All documents referred to in the foregoing sentence are collectively referred to as the "Loan Documents." All capitalized terms defined in the Notes are used with the same meanings, unless otherwise defined, in this Release and Termination (the "Release").

Upon and after the payment or prepayment of the Notes in full by Borrower to Lender on or before the date hereof, representing all outstanding loans and all accrued interest thereon (collectively, the "Indebtedness"), Lender hereby agrees as follows:

(a) all obligations of Borrower to Lender under the Notes shall have been paid in full;

(b) Borrower shall be released and discharged from any and all obligations under the Notes, the Deeds of Trust and any other security agreement, pledge agreement, mortgage or other security instruments executed by Borrower in connection with the Notes, and the Notes, the Deeds of Trust and any other security agreement, pledge agreement, mortgage, deed of trust or other security instruments executed in connection with the Notes shall hereby be deemed to be terminated; **provided** that Borrower shall continue to be obligated to Lender with respect to any obligations that are stated to survive the repayment in full of the Indebtedness and other obligations under the Loan Documents pursuant to the applicable provisions of the Loan Documents;

(c) each Guarantor shall be released and discharged from any and all obligations under the Guaranties and any other guaranty, security agreement, pledge agreement, mortgage or other security instruments executed by any Guarantor in connection with the Indebtedness, and such Guaranties and any other guaranty, security agreement, pledge agreement, mortgage or other security instruments executed in connection with the Indebtedness shall hereby be deemed to be terminated; **provided** that the Guarantors shall continue to be obligated to Lender with respect to any obligations that are stated to survive the repayment in full of the Indebtedness and other obligations under the Loan Documents pursuant to the applicable provisions of the Loan Documents;

(d) all liens, pledges, charges, security interests and other encumbrances granted by Borrower in favor of Lender under the Loan Documents shall be unconditionally and irrevocably terminated and released;

(e) it shall (i) deliver to or upon the request of Borrower and each Guarantor, as applicable, all collateral described in the Loan Documents which is in the possession or control of Lender, including, without limitation, all monies, powers, notes and instruments constituting, evidencing or relating to such collateral and (ii) execute and deliver such additional lien releases, documents or instruments as may be necessary to evidence the release of any and all liens, mortgages, deeds of trust, pledges, charges, security interests and other encumbrances granted by Borrower or any Guarantor, as applicable, in favor of Lender, including such UCC-3 termination statements, mortgage releases, instruments of satisfaction and other documents (in each case at the expense of Borrower) necessary to terminate of record such mortgages, deeds of trust, liens, pledges, charges, security interests and other encumbrances;

(f) the Borrower, each Guarantor and any other person obligated in respect of the obligations of the Borrower under the Notes shall be released and discharged from any and all obligations under any guaranty, security agreement, pledge agreement, mortgage or other security instruments executed in connection with the Notes (other than with respect to any obligations that are stated to survive the repayment in full of the Indebtedness and other obligations under the Loan Documents pursuant to the applicable provisions of the Loan Documents);

(g) the Borrower, each Guarantor and any other person obligated in respect of the obligations of the Borrower under the Notes shall be released and discharged from all mortgages, liens, pledges, charges, security interests and other encumbrances created in favor of Lender pursuant to any other security agreement, pledge agreement, mortgage or other security instruments executed in connection with the Notes;

(h) the Borrower and the Guarantors shall be authorized to file such UCC-3 termination statements as may be necessary to evidence the release of any and all obligations of the Borrower.

Anything herein to the contrary notwithstanding, this Release shall be null and void and no longer effective in the event that the payment in full of the Notes provided for above shall not occur on or before July 2, 2018.

[signature page follows]

EXHIBIT 9

IN WITNESS WHEREOF, the Lender has caused this Release and Termination to be duly executed as of the 2nd day of July, 2018.

Gillespie Partners, Ltd.

By: *Lloyd Gillespie*
Name: Lloyd Gillespie
Title: GENERAL PARTNER

EXHIBIT 9