## UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

A. NAME & PHONE OF CONTACT AT FILER (optional)
Walter L. Borgfeld, Jr.

B. E-MAIL CONTACT AT FILER (optional)

C. SEND ACKNOWLEDGMENT TO: (Name and Address)

Borgfeld & White, P.C.
Attn: Walter L. Borgfeld, Jr.
P.O. Box 151556
Lufkin, Texas 75915-1556

RECEIVED
JUN 11 2015
CLK TX

**15-0018871374**

**06/11/2015 05:00 PM**

FILED
TEXAS
SECRETARY OF STATE
SOS

611389170002

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME: Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 1a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Greenleaf Resources, Inc. | | | |
| | 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| 313 Telly Road | Picayune | MS | 39466 | USA |

2. DEBTOR'S NAME: Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| | 2a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | | | | |
| | 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| | | | | |

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY): Provide only one Secured Party name (3a or 3b)

| | 3a. ORGANIZATION'S NAME | | | |
|---|---|---|---|---|
| OR | Gillespie Partners, Ltd | | | |
| | 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |
| | | | | |

| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
|---|---|---|---|---|
| P.O. Box 631107 | Nacogdoches | TX | 75963 | USA |

4. COLLATERAL: This financing statement covers the following collateral:

Collateral (including all accessions): All Debtor's interest in the equipment (including the proceeds thereof in what ever form) located on that tract or parcels of land in Ward County, Texas, located at 4712 State Hwy 18 South, Monahans, Texas which is described in Exhibit A which is attached hereto and incorporated herein by reference, as well as all after acquired collateral of the same classification.

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative

6a. Check only if applicable and check only one box:
☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility

6b. Check only if applicable and check only one box:
☐ Agricultural Lien ☐ Non-UCC Filing

7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor

8. OPTIONAL FILER REFERENCE DATA:

FILING OFFICE COPY — UCC FINANCING STATEMENT (Form UCC1) (Rev. 04/20/11)

International Association of Commercial Administrators (IACA)

EXHIBIT 10

WHITE 000071

GREENLEAF RESOURCES, INC.
OWNED EQUIPMENT
May 26, 2015

| GREENLEAF UNIT # | ARRANGEMENT RENT,OWN,RPO,RET,SOLD | YEAR | MAKE | COLOR | MODEL | DESCRIPTION | SERIAL NUMBER |
|---|---|---|---|---|---|---|---|
| 15 | OWNED | 1999 | MACK | WHITE | | DUMP TRUCK | |
| 16 | OWNED | 1999 | MACK | WHITE | | DUMP TRUCK | |
| 23 | OWNED | | ATLAS COPCO | | XAS 185 CFM | AIR COMPRESSOR | |
| 24 | OWNED | 2014 | CARGO | | UT | 24 FT CARGO | |
| 31 | OWNED | | CATERPILLAR | | 416C | BACK HOE | |
| 42 | OWNED | 2007 | CATERPILLAR | | D6T LGP | TRACK TYPE TRACTOR | |
| 43 | OWNED | 2014 | FLAT | | | SPOOL | |
| 50 | OWNED | 2004 | CIRCLE M TRAILERS | | FB 30FT | GOOSENECK | |
| 51 | OWNED | 2014 | COVERED WAGON TRAILERS | | CW7X16TA2 | ENCLOSED CARGO TRAILER | |
| 55 | OWNED | 2013 | HEFT | | | FB 33 FT GOOSENECK TRAILER | |
| 66 | OWNED | 2004 | TM | | 234 FL | FL TRAILER GOOSENECK 40 FT | |
| 67 | OWNED | | TMP | | | TRAILER 20 FT BUMPER PULL | |
| 71 | OWNED | 2007 | HORNET | | CM | CAMPER | |
| 72 | OWNED | 2002 | HORNET | | CT SPORT | 28 FT TRAVEL TRAILER | |
| 90 | OWNED | 2000 | NOMAD | | XT | 5TH WHEEL TRAVEL TRAILER | |
| 94 | OWNED | 2014 | FLAT | | | 40 FT PIPE TRAILER | |
| 95 | OWNED | | CATERPILLAR | | 320 CL | EXCAVATOR | |
| 98 | OWNED | | CATERPILLAR | | D5N LGP | DOZER | |
| 131 | OWNED - BUTCH | | ZZ | | FIAT ALLIZ | FRONT END LOADER | |
| 133 | | | CATERPILLAR | | | AIR COMPRESSOR/SAND BLASTER | |
| 135 | | | | | | MONAHANS YARD | |
| SUB TOTAL | | | | | | | |
| OVERALL TOTAL | | | | | | | |



EXHIBIT "A"



EXHIBIT 10

WHITE 000072