# Deed in Lieu of Foreclosure

**Notice of confidentiality rights: If you are a natural person, you may remove or strike any or all of the following information from any instrument that transfers an interest in real property before it is filed for record in the public records: your Social Security number or your driver's license number.**

Date: To be effective September 2, 2020

Grantor: DF Contractors, LLC, a Texas limited liability company

Grantor's Mailing Address: 215 Colonial Hill Dr
Lufkin, Texas 75901

Grantee: Gillespie Partners, Ltd.

Grantee's Mailing Address: PO Box 631107
Nacogdoches, Texas 75963

Note: In the amount of $191,870.00 from Gillespie Partners, Ltd as Lender, dated to be effective May 1, 2020, executed by DF Contractors, LLC as Borrower.

Deed of Trust: Dated to be effective May 1, 2020, from DF Contractors, LLC, Grantor, to Robyn Gillespie, Trustee.

Consideration: One Hundred Ninety One Thousand Eight Hundred Seventy and No/100 Dollars ($191,870.00), the receipt and sufficiency of which are hereby acknowledged, and further the release of Grantor from all liability for the indebtedness and obligations under the Note and Deed of Trust, except that no release is given of any liens or warranties of title and further except that the indebtedness under the Note is not canceled or extinguished.

Property (including any improvements):

Being 16.54 acres of land, more or less, in Ward County, Texas, being more particularly described on Exhibit A attached hereto.

Exceptions to Conveyance and Warranty: The liens described in this deed and the exceptions to conveyance and warranty in the Deed of Trust.

Grantor, for the Consideration and subject to the Exceptions to Conveyance and Warranty, grants, sells, and conveys to Grantee the Property, together with all and singular the rights and appurtenances thereto in any way belonging, to have and to hold it to Grantee and Grantee's heirs, successors, and assigns forever. Grantor binds Grantor and

1

EXHIBIT 14

Grantor's heirs and successors to warrant and forever defend all and singular the Property to Grantee and Grantee's heirs, successors, and assigns against every person whomsoever lawfully claiming or to claim the same or any part thereof, except as to the Exceptions to Conveyance and Warranty.

### Conveyance in Lieu of Foreclosure

This deed and the conveyances being made are executed, delivered, and accepted in lieu of foreclosure and will be interpreted and construed the same as a foreclosure of the liens and as an absolute conveyance to Grantee of all right, title, and interest in and to the Property, including specifically but without limitation any equity or rights of redemption of Grantor in or to the Property.

### Continuing Nature of Lien

Notwithstanding the release of Grantor from all liability for the indebtedness and obligations under the Note and Deed of Trust, the indebtedness has not been canceled or extinguished and the Property continues to be subject to the performance of the obligations under the Deed of Trust. The Deed of Trust lien is not released or relinquished in any manner, and the indebtedness, obligations, and lien will remain valid and continuous and in full force and effect, unless and until the indebtedness, obligations, and liens are expressly released by written instrument executed and delivered by the holder thereof, at the holder's sole discretion.

### Nonmerger

Neither Grantor nor Grantee intend that there be, and there will never be, a merger of the Deed of Trust lien with the fee simple title or any other interest of Grantee in the Property by virtue of this conveyance, and the parties expressly provide that any interest in the Deed of Trust lien and fee simple title will be and remain at all times separate and distinct.

GRANTOR:

DF CONTRACTORS, LLC

By: David Frankens, Sole Member

EXHIBIT 14

GRANTEE:

GILLESPIE PARTNERS, LTD.

By: _____
Lloyd Gillespie, General Partner

THE STATE OF TEXAS,

COUNTY OF Angelina,

This instrument was acknowledged before me on the 29th day of April, 2020, by David Frankens, Sole Member of DF Contractors, LLC.

_____
Notary Public, State of Texas

EDD R SIDNEY JR
Notary Public State of Texas
My Commission# 130813404
My Comm. Exp. Sep. 06, 2020

THE STATE OF TEXAS,

COUNTY OF Angelina,

This instrument was acknowledged before me on the 29th day of April, 2020, by Lloyd Gillespie, General Partner of Gillespie Partners, Ltd.

_____
Notary Public, State of Texas

EDD R SIDNEY JR
Notary Public State of Texas
My Commission# 130813404
My Comm. Exp. Sep. 06, 2020

EXHIBIT 14

EXHIBIT A

EXHIBIT 14

EXHIBIT A
LEGAL DESCRIPTION

A 16.54 acre tract of land located in Section 63, Block N, G. & M.M.B. & A. SURVEY, Ward County, Texas, and being more particularly described as follows:

BEGINNING at a ½" iron rod with cap marked "RPLS 4983" set in the Easterly right-of-way line of State Highway 18 (right-of-way recorded in Volume 158, page 523, Deed Records), for the Southwest corner of this tract, from which the Southeast corner of said Section 63 bears S.5°00'45"W. 3530.1 feet and N.73°40'45"E. 4310.5 feet (Bearings are compared to the Texas Coordinate System of 1983, Central Zone. Distances and area are surface).

THENCE N.5°00'45"E., along said Easterly right-of-way line of State Highway 18, a distance of 875.2 feet to a ½" iron pipe with cap marked "TRUMAN GASKIN 630" found for the Northwest corner of this tract;

THENCE N.73°15'45"E. 871.2 feet to a ½" iron rod with cap marked "RPLS 4983" set for the Northeast corner of this tract;

THENCE S.5°00'45"W. 904.2 feet to a ½" iron rod with cap marked "RPLS 4983" set for the Southeast corner of this tract;

THENCE S.75°03'50"W. 860.8 feet to the PLACE OF BEGINNING.

EXHIBIT 14