# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# LUFKIN DIVISION

| | |
|---|---|
| JOHN WHITE § | |
|     **Plaintiff** § | |
| v. § | **CIVIL ACTION NO. 9:24-cv-00085** |
| § | |
| LLOYD GILLESPIE § | |
|     **Defendants** § | |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on October 1, 2024.

The mediation resulted in an IMPASSE.

SIGNED this the 8th day of October, 2024.

                                                           */S/ Randy Akin*
                                                           **MEDIATOR**

## CERTIFICATE OF SERVICE

The undersigned certified that the foregoing instrument was filed electronically on this the 8th day of October, 2024.

                                                           */S/ Randy Akin*
                                                          **G.R. (RANDY) AKIN**