IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| JOHN WHITE, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  9:24-CV-00085 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| LLOYD GILLESPIE | § | |
| AND RB GLOBAL, INC., | § | |
| | § | |
| *Defendants*. | § | |

## ACKNOWLEDGEMENT OF STIPULATION OF DISMISSAL WITH PREJUDICE

The Court has received the Plaintiff's Stipulation of Dismissal with Prejudice filed in the above-styled matter. [Dkt. 47]. Plaintiff advises the Court that the Parties have agreed to dismiss all claims asserted by the Parties in this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Accordingly, the Court acknowledges that all claims filed in this matter are hereby **DISMISSED WITH PREJUDICE**, effective the date of the filing of this stipulation.

It is **ORDERED** that the Parties shall bear their own attorney's fees and costs, that all Court dates and deadlines are hereby **VACATED**, and that all pending motions filed in this matter are **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 17th day of December, 2025.**

*Michael J. Truncale*
Michael J. Truncale
United States District Judge